IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY and<br>ABDEL AZIZ AL-SWIDI<br><br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2380 (CKK)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF PROTECTIVE ORDERS
AND FOR IMMEDIATE AWARD OF A WRIT OF HABEAS CORPUS
OR ISSUANCE OF AN ORDER TO SHOW CAUSE**

Petitioner Zakaria Al-Baidany, together with his next friend, Petitioner Abdel Aziz Al-Swidi, by and through undersigned counsel, move for entry of the protective orders that have been entered in other Guantanamo detainee habeas proceedings,[1] and also request that this Court, pursuant to 28 U.S.C. § 2243, immediately award a Writ of Habeas Corpus or issue an order directing Respondents George W. Bush, Donald H. Rumsfeld, Jay Hood, and Mike Bumgarner (collectively "Respondents") to show cause why a Writ of Habeas Corpus should not be granted, either of which should be ordered returnable by Respondents within thirty days, for the reasons set forth in the accompanying Memorandum of Points and Authorities.

---

[1] The protective orders are the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first entered by Judge Joyce Hens Green of this Court in *In re Guantanamo Detainee Cases*, No. 02-CV-0299 (JHG), on November 8, 2004, the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first entered in *In re Guantanamo Detainee Cases* on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information" first entered in *In re Guantanamo Detainee Cases* on November 10, 2004. Copies of the protective orders are attached to the Memorandum of Points and Authorities as Exhibits "A" through "C."

1

Dated: January 6, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Benjamin R. Jacewicz (DCBN 466743)
Washington Harbour
3050 K Street, N.W., Suite 200
Washington, D.C. 20007
(202) 339-8400
(202) 339-8500 (fax)

Counsel for Petitioner

## LOCAL CIVIL RULE 7(m) STATEMENT

Undersigned counsel spoke via telephone with co-counsel for Respondents, Preeya M. Norohana, to determine whether Respondents would oppose Petitioners' anticipated Motion for Entry of Protective Orders and for Immediate Award of a Writ of Habeas Corpus or Issuance of an Order to Show Cause. Ms. Norohana subsequently informed undersigned counsel that Respondents would oppose the motion.

_____
Benjamin R. Jacewicz
Counsel for Petitioners

## CERTIFICATE OF SERVICE

I, Benjamin R. Jacewicz, certify that on this 6th day of January, 2006, a true and accurate copy of the foregoing Motion for Entry of Protective Orders and for Immediate Award of a Writ of Habeas Corpus or Issuance of an Order to Show Cause And For Entry Of The Protective Orders, along with a Memorandum of Points and Authorities in support thereof (with exhibits attached) and a proposed Order, was served upon the following persons, via the filing of this document with this Court's Electronic Case Filing ("ECF") system:

> Preeya M. Noronha, Esquire
> Terry M. Henry, Esquire
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C. 20530
> preeya.noronha@usdoj.gov

_____
Benjamin R. Jacewicz

4