IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY and ABDEL AZIZ AL-SWIDI<br><br>*Petitioners,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Civil Action No. 05-2380 (CKK) |

## ORDER

Having considered Petitioners' Motion for Entry of Protective Orders and for Immediate Award of a Writ of Habeas Corpus or Issuance of an Order to Show Cause, Respondents' opposition thereto, as well as the entire record in the above-captioned case, it is hereby

ORDERED, that the Amended Protective Order and Procedures for Counsel access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, Civil Action No. 02:0299 (JHG), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantanamo Detainee Cases*, shall apply in the above-captioned case. It is

FURTHER ORDERED, that Petitioners' Motion for Immediate Award of a Writ of Habeas Corpus or Issuance of an Order to Show Cause is GRANTED. It is

DOCSDC1:241557.1

FINALLY ORDERED, that Respondents shall file a full factual return within thirty days of the entry of this Order.

IT IS SO ORDERED.

Signed this ___ day of January, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE