IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY and ABDEL AZIZ AL-SWIDI,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-2380 (CKK) |

**PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION ENJOINING RESPONDENTS FROM TRANSFERRING PETITIONER <u>WITHOUT ADVANCE NOTICE</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and the All Writs Act, 28 U.S.C. § 1651, Petitioner Zakaria Al-Baidany and his next friend, Petitioner Abdel Aziz Al-Swidi, move for a preliminary injunction enjoining Respondents from removing Petitioner Al-Baidany from the United States Naval Base, Guantanamo Bay, Cuba without providing this Court and Petitioners' counsel with thirty-days advance written notice of such intended transfer and its terms and conditions, for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Dated: January 18, 2006.

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/ Benjamin R. Jacewicz_
        Benjamin R. Jacewicz (DCBN 466743)
        Washington Harbour
        3050 K Street, N.W., Suite 200
        Washington, D.C. 20007
        (202) 339-8400
        (202) 339-8500 (fax)

        Counsel for Petitioners

## LOCAL CIVIL RULE 7(m) STATEMENT

Undersigned counsel spoke via telephone with co-counsel for Respondents, Preeya M. Norohana, to determine whether Respondents would oppose this motion. Ms. Norohana subsequently informed undersigned counsel that Respondents would oppose the motion.

_____
Benjamin R. Jacewicz
Counsel for Petitioners