# Exhibit E

S. Hrg. 109–61

# CURRENT AND PROJECTED NATIONAL SECURITY THREATS TO THE UNITED STATES

## HEARING

BEFORE THE

## SELECT COMMITTEE ON INTELLIGENCE UNITED STATES SENATE

ONE HUNDRED NINTH CONGRESS

FIRST SESSION

FEBRUARY 16, 2005

Printed for the use of the Select Committee on Intelligence



Available via the World Wide Web: http://www.access.gpo.gov/congress/senate

U.S. GOVERNMENT PRINTING OFFICE

22–379 PDF          WASHINGTON : 2005

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov  Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250  Mail: Stop SSOP, Washington, DC 20402–0001

SELECT COMMITTEE ON INTELLIGENCE

[Established by S. Res. 400, 94th Cong., 2d Sess.]

PAT ROBERTS, Kansas, *Chairman*
JOHN D. ROCKEFELLER IV, West Virginia, *Vice Chairman*

| | |
|---|---|
| ORRIN G. HATCH, Utah | CARL LEVIN, Michigan |
| MIKE DeWINE, Ohio | DIANNE FEINSTEIN, California |
| CHRISTOPHER S. BOND, Missouri | RON WYDEN, Oregon |
| TRENT LOTT, Mississippi | EVAN BAYH, Indiana |
| OLYMPIA J. SNOWE, Maine | BARBARA A. MIKULSKI, Maryland |
| CHUCK HAGEL, Nebraska | JON S. CORZINE, New Jersey |
| SAXBY CHAMBLISS, Georgia | |

BILL FRIST, Tennessee, *Ex Officio*
HARRY REID, Nevada, *Ex Officio*
JOHN WARNER, Virginia, *Ex Officio*

---

BILL DUHNKE, *Staff Director and Chief Counsel*
ANDREW W. JOHNSON, *Minority Staff Director*
KATHLEEN P. MCGHEE, *Chief Clerk*

(II)

# CONTENTS

|  | Page |
|---|---|
| Hearing held in Washington, DC: | |
| February 16, 2005 | 1 |
| **Witness Statements:** | |
| Goss, Hon. Porter J., Director of Central Intelligence | 7 |
| Prepared statement | 14 |
| Jacoby, Vice Admiral Lowell, USN, Director, Defense Intelligence Agency | 45 |
| Prepared statement | 46 |
| Loy, Admiral James, Deputy Secretary, Department of Homeland Security | 36 |
| Prepared statement | 39 |
| Mueller, Hon. Robert S. III, Director, Federal Bureau of Investigation | 18 |
| Prepared statement | 23 |
| Rodley, Carol, Principal Deputy Assistant Secretary of State for Intelligence and Research | 59 |
| **Supplemental Materials:** | |
| Prepared Statement for the Record from Hon. Thomas Fingar, Assistant Secretary of State for Intelligence and Research | 59 |
| Prepared Statement for the Record from Senator Olympia J. Snowe | 69 |

81

But if you asked me today, is interrogation vitally important to saving lives, and disrupting terrorists, and protecting our forces, the answer is unequivocal. Yes.

If you are asking me today if we are handling interrogation within the proper norms and bounds, the answer is yes. If you are asking me today if I would like to get more information from some of our captives that I still think have information we would like to have, the answer is yes. And if you asked me would I like to have more captives tomorrow to interrogate, the answer is yes.

Senator WARNER. Let's take it to one last subject. When you're given the option that you could transfer this prisoner to another nation, recognizing that nation employs methods different than we, how would deal with that?

Director GOSS. I would require safeguards, if that captive were going back, either as a non-interrogee or as an interrogee. If that individual is being returned to a nation, a judgment should be made that nothing beyond, I would say, due process punishment, if that is deserved, would happen to that individual, even though they may not have the same standards in that nation.

As you know, many nations will claim their citizens back. And we have a responsibility of trying to ensure that they are properly treated. And we try and do the best we can to guarantee that. But, of course, once they're out of their control, there's only so much we can do. But we do have an accountability program for those situations.

Senator WARNER. Thank you.

Chairman ROBERTS. Senator Bayh.

Senator WARNER. I hadn't finished.

Chairman ROBERTS. I beg your pardon.

Senator WARNER. Could the witness from the Department of State give their perspective from their department?

Chairman ROBERTS. Certainly.

Ms. RODLEY. Thank you, Senator Warner.

One of our key policy goals in Iraq, obviously, has been to build and to build up institutions in Iraq—government institutions, government services—that will adhere to the rule of law. This is a long-term process. Mr. Goss's agency has been involved in this project with us in the stand-up of the new Iraqi intelligence service.

It's a long-term process, obviously. But we are, of course, heartened by the results of the election in Iraq. And we are following closely the formation of the new government there. And we are hopeful that the new government in Iraq will be a government that respects the rule of law, and that the Iraqi people, who suffered horribly for a long time under a brutal dictatorship, won't be subject to the kind of abuses that routinely went on under Saddam Hussein.

So I wouldn't automatically assume that detainees turned over to the Iraqi services now would suffer the same fate that has been the case very commonly in the past.

Senator WARNER. But, Mr. Chairman, if I could just ask a question for the record, such that they can, I guess, given my time's up, have to answer for the record.