# Exhibit H

Case 1:05-cv-02380-UNA     Document 9-10     Filed 01/18/2006     Page 2 of 2

Print Story: Yemen rights group wants release of ex-Guantanamo detainees on Yahoo! Ne... Page 1 of 1



# Yemen rights group wants release of ex-Guantanamo detainees



Wed Dec 14, 1:18 PM ET

A Yemeni rights group demanded that the government release from prison five men who were freed earlier this year by US authorities from the Guantanamo Bay detention centre in Cuba.

"Their imprisonment is a blatant breach of Yemen's constitution and its pledge to respect human rights according to international conventions and agreements," said the National Committee for the Defense of Rights and Liberties.

All five, released in April, May and August, were immediately locked up in Yemeni prisons pending trial, without the authorities specifying what charges the men would face in most of the cases.

One of the men, Karama Khamisan, was scheduled to appear in court Sunday on charges of being a drug dealer who tried to smuggle in narcotics from Pakistan, where he had gone in 2001, but a judge postponed the trial.

Khamisan told AFP from the court's prison that he "confessed to being a drug dealer to escape the graver charge of being a terrorist after being tortured by his interrogators at Guantanamo."

Sanaa has long been trying to secure the handover of it nationals from Guantanamo for trial in their own country.

The government says they number 124 while a list compiled by US authorities shows 104 Yemenis are being held in Guantanamo and another two at the US base of Bagram in Afghanistan.

The United States is holding an estimated 600 suspected Al-Qaeda and Taliban fighters at Camp Delta, a high-security camp in Guantanamo Bay, and has faced strong international criticism of the legal limbo that has left the prisoners without access to legal representation.

With US backing, Yemen launched its own crackdown on Islamists following the September 11, 2001 attacks on the United States.

Copyright © 2005 Agence France Presse. All rights reserved. The information contained in the AFP News report may not be published, broadcast, rewritten or redistributed without the prior written authority of Agence France Presse.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Questions or Comments
Privacy Policy - Terms of Service - Copyright/IP Policy - Ad Feedback