# Exhibit 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADHAM MOHAMMED ALI AWAD,        :

          Plaintiff,        :

       v.             :  Civil Action No. 05-2379 (JR)

GEORGE W. BUSH, *et al.*,      :

          Defendants.     :


### ORDER

    Respondents' motion for a stay [2] is **granted**. Petitioner having submitted himself to the jurisdiction of this Court, and the Court having asserted <u>in personam</u> jurisdiction, <u>see</u> <u>Rasul v. Bush</u>, 542 U.S. 466 (2004), the stay will apply to all proceedings applicable to the petitioner, including without limitation his release, repatriation, or rendition, and it will remain in effect until further order of the Court. **IT IS SO ORDERED.**


                             JAMES ROBERTSON
                    United States District Judge