# EXHIBIT A

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 1 | 002 | HICKS, DAVID MICHAEL | Australia |
| 2 | 003 | RUHANI, GHOLAM | Afghanistan |
| 3 | 004 | WASIQ, ABDUL HAQ | Afghanistan |
| 4 | 005 | AL MATRAFI, ABDALLAH AIZA | Saudi Arabia |
| 5 | 006 | NOORI, MULLAH NORULLAH | Afghanistan |
| 6 | 007 | FAZL, MULLAH MOHAMMAD | Afghanistan |
| 7 | 008 | RASOUL, ABDULLAH GULAM | Afghanistan |
| 8 | 010 | SATTAR, ABDUL | Pakistan |
| 9 | 013 | MOHAMED, FAHED NASSER | Saudi Arabia |
| 10 | 015 | UL SHAH, ZIA | Pakistan |
| 11 | 017 | KHAN, MUHAMMED IJAZ | Pakistan |
| 12 | 022 | HAMIDUVA, SHAKHRUKH | Uzbekistan |
| 13 | 024 | ABASSI, FEROZ ALI | U.K. |
| 14 | 025 | AL JOUDI, MAJEED ABDULLAH | Saudi Arabia |
| 15 | 026 | GHAZI, FAHED ABDULLAH AHMAD | Yemen |
| 16 | 027 | UTHMAN, UTHMAN ABDUL RAHIM MOHAMMED | Yemen |
| 17 | 028 | AL ALAWI, MUAZ HAMZA AHMAD | Yemen |
| 18 | 029 | AL ANSI, MUHAMMAD AHMAD ABDALLAH | Yemen |
| 19 | 030 | AL HIKIMI, AHMED UMAR ABDULLAH | Yemen |
| 20 | 031 | ABD AL MUJAHID, MAHMOUD ABD AL AZIZ | Yemen |
| 21 | 032 | AHMED, FARUQ ALI | Yemen |
| 22 | 033 | AL EDAH, MOHAMMED AHMAD SAID | Yemen |
| 23 | 034 | AL YAFI, AL KHADR ABDALLAH MUHAMMED | Yemen |
| 24 | 035 | QADER IDRIS, IDRIS AHMED ABDU | Yemen |
| 25 | 036 | IDRIS, IBRAHIM OTHMAN IBRAHIM | Yemen |
| 26 | 037 | ABD AL WAHAB, ABD AL MALIK | Yemen |
| 27 | 038 | AL YAZIDI, RIDAH BIN SALEH | Tunisia |
| 28 | 039 | AL BAHLUL, ALI HAMZA AHMED SULEIMAN | Yemen |
| 29 | 040 | AL MUDHAFFARI, ABDEL QADIR HUSSEIN | Yemen |
| 30 | 041 | AHMAD, MAJID MAHMUD ABDU | Yemen |
| 31 | 042 | SHALABI, ABDUL RAHMAN | Saudi Arabia |
| 32 | 043 | MOQBEL, SAMIR NAJI AL HASAN | Yemen |
| 33 | 044 | ABU GHANIM, MOHAMMED RAJAB SADIQ | Yemen |
| 34 | 045 | AL RAHIZI, ALI AHMAD MUHAMMAD | Yemen |
| 35 | 046 | ABDALLAH, SAYF BIN | Tunisia |
| 36 | 048 | ALHAMIRI, ABDULAH | UAE |
| 37 | 049 | AL AASMI, ASSEM MATRUQ MOHAMMAD | Saudi Arabia |
| 38 | 050 | AL HUSAYN, ZAID MUHAMAMD SA'AD | Jordan |
| 39 | 051 | BARAYAN, MAJID AL | Saudi Arabia |
| 40 | 052 | AL MURBATI, ISSA ALI ABDULLAH | Bahrain |
| 41 | 053 | AL MAHAYAWI, SAUD DAKHIL ALLAH MUSLIH | Saudi Arabia |
| 42 | 054 | AL QOSI, IBRAHIM AHMED MAHMOUD | Sudan |
| 43 | 055 | AL ZAYLA, MUHAMMED YAHIA MOSIN | Saudi Arabia |
| 44 | 057 | AL HARBI, SALIM SULIMAN | Saudi Arabia |
| 45 | 058 | AL WAHAB, MUSA ABED | Saudi Arabia |
| 46 | 059 | AL UWAYDHA, SULTAN AHMED DIRDEER MUSA | Saudi Arabia |
| 47 | 060 | AL WADI, ADIL KAMIL ABDULLAH | Bahrain |
| 48 | 061 | KARNAZ, MURAT | Turkey |
| 49 | 062 | AL JUHANI, MUHAMAD NAJI SUBHI | Saudi Arabia |
| 50 | 063 | AL QAHTANI, MUHAMMAD MANI AHMED AL SHAL LAN | Saudi Arabia |
| 51 | 064 | SEBAII, ABDEL HADI MOHAMMED BADAN AL SEBAII | Saudi Arabia |
| 52 | 065 | AMIN, OMAR RAJAB | Kuwait |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 53 | 066 | AL SULAMI, YAHYA SAMIL AL SUWAYMIL | Saudi Arabia |
| 54 | 067 | AL TAMINI, ABD AL RAZZAQ ABDALLAH IBRAHIM | Saudi Arabia |
| 55 | 068 | AL BAWARDI, KHALID SAUD ABD AL RAHMAN | Saudi Arabia |
| 56 | 069 | ISMAIL, SADEQ MUHAMMAD SA ID | Yemen |
| 57 | 070 | HOUARI, ABDUL RAHAM | Algeria |
| 58 | 072 | IKASSRIN, LAACIN | Morocco |
| 59 | 073 | NUR, YUSIF KHALIL ABDALLAH | Saudi Arabia |
| 60 | 074 | AL RASHID, MESH ARSAD | Saudi Arabia |
| 61 | 075 | LAHASSIHI, NAJEB | Morocco |
| 62 | 076 | ((SHARIPOV)), RUKNIDDIN FAYZIDDINOVICH | Tajikistan |
| 63 | 077 | FAZROLLAH, MEHRABANB | Tajikistan |
| 64 | 078 | AL HANASHI, MOHAMMAD AHMED ABDULLAH SALEH | Yemen |
| 65 | 079 | AL HARAZI, FAHED | Saudi Arabia |
| 66 | 081 | ALI, WALID MOHAMMAD HAJ MOHAMMAD | Sudan |
| 67 | 084 | BATAYEV, ILKHAM TURDBYAVICH | Uzbekistan |
| 68 | 088 | AWAD, WAQAS MOHAMMED ALI | Yemen |
| 69 | 089 | TSIRADZHO, POOLAD T | Azerbaijan |
| 70 | 090 | (VAKHIDOV) SOBIT (ABDUMUKIT) VALIKHONOVICH | Tajikistan |
| 71 | 091 | AL SALEH, ABDUL | Yemen |
| 72 | 093 | AL ZAHRANI, YASSER TALAL | Saudi Arabia |
| 73 | 094 | AL SEHLI, IBRAHIM DAIF ALLAH NEMAN | Saudi Arabia |
| 74 | 095 | AHMED, ABDUL RAHMAN UTHMAN | Saudi Arabia |
| 75 | 096 | AL UTAYBI, MUHAMMAD SURUR DAKHILALLAH | Saudi Arabia |
| 76 | 102 | MOHAMMED, NAG | China |
| 77 | 103 | MAHMUD, ARKIN | China |
| 78 | 105 | ALI, ADNAN MOHAMMED | Saudi Arabia |
| 79 | 108 | ALIZA, ABDUL RAUF | Afghanistan |
| 80 | 109 | AL RABIESH, YUSEF ABDULLAH SALEH | Saudi Arabia |
| 81 | 111 | TAYEEA, ALI ABDUL MOTALIB AWAYD HASSAN AL | Iraq |
| 82 | 112 | AL KHALDI, ABDUL AZIZ SAAD | Saudi Arabia |
| 83 | 114 | AL SHIHRI, YUSSEF MOHAMMED MUBARAK | Saudi Arabia |
| 84 | 115 | SALEH NASER, ABDUL RAHMAN MOHAMED | Yemen |
| 85 | 117 | AL WARAFI, MUKTAR YAHYA NAJEE | Yemen |
| 86 | 118 | KAHM, ABDUL RAHMAN ABDULLAH MOHAMED JUMA | Afghanistan |
| 87 | 120 | RASOOL, HABIB | Afghanistan |
| 88 | 121 | MOHAMMED, SALMAN SAAD AL KHADI | Saudi Arabia |
| 89 | 122 | AL ATABI, BIJAD THIF ALLAH | Saudi Arabia |
| 90 | 123 | HASSAN, MUHAMMAD HUSSEIN ALI | Morocco |
| 91 | 126 | SAID, SALAM ABDULLAH | Saudi Arabia |
| 92 | 128 | AL BIHANI, GHALEB NASSAR | Yemen |
| 93 | 129 | AL-MARWA'I, TOUFIG SABER MUHAMMAD | Yemen |
| 94 | 130 | SULTAN, FAHA | Saudi Arabia |
| 95 | 131 | BEN KEND, SALEM AHMED | Yemen |
| 96 | 132 | AL SHIHRI, ABD AL SALAM GHAYTAN MURAYYIF AL ZAYDA | Saudi Arabia |
| 97 | 142 | FAZALDAD | Pakistan |
| 98 | 148 | BIN HAMIDA, ADIL MABROUK | Tunisia |
| 99 | 149 | HAMDAN, SALIM AHMED SALIM | Yemen |
| 100 | 150 | BOUJAADIA, SAID | Morocco |
| 101 | 151 | HASHEM, MUBARAK HUSSAIN BIN ABUL | Bangladesh |
| 102 | 152 | AL KHALAQI, ASIM THAHIT ABDULLAH | Yemen |
| 103 | 153 | SULEIMAN, FAYIZ AHMAD YAHIA | Yemen |
| 104 | 154 | AL AWFI, MAZIN SALIH MUSAID | Saudi Arabia |
| 105 | 155 | AL HUBAYSHI, KHALID SULAYMANJAYDH | Saudi Arabia |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|     | Short ISN | Name | Citizenship |
| --- | --- | --- | --- |
| 106 | 156 | ABD AL RAHMAN ABD, ALLAL AB ALJALLIL | Yemen |
| 107 | 157 | AL MALKI, SAED KHATEM | Saudi Arabia |
| 108 | 158 | AL HARBI, MAJID ABDALLAH HUSAYN MUHAMMAD AL SAM | Saudi Arabia |
| 109 | 159 | AL NOAIMI, ABDULLAH | Bahrain |
| 110 | 160 | BEN MOUJAN, MUHAMMAD | Morocco |
| 111 | 162 | AL TAYS, ALI HUSAYN ABDULLAH | Yemen |
| 112 | 163 | AL QADASI, KHALID ABD JAL JABBAR MUHAMMAD JUTHM | Yemen |
| 113 | 165 | AL BUSAYSS, ADIL SAID AL HAJ OBEID | Yemen |
| 114 | 167 | AL RAIMI, ALI YAHYA MAHDI | Yemen |
| 115 | 168 | SHAHEEN, MUHAMMED IBN ARFAN | Tunisia |
| 116 | 170 | MASUD, SHARAF AHMAD MUHAMMAD | Yemen |
| 117 | 171 | ALAHDAL, ABU BAKR IBN ALI MUHHAMMAD | Yemen |
| 118 | 172 | MOHAMMED, ALI MUHAMMED NASIR | Saudi Arabia |
| 119 | 173 | KHALID, RIDOUANE | France |
| 120 | 174 | SLITI, HISHAM BIN ALI BIN AMOR | West Bank |
| 121 | 175 | SAID, HASSAN MUJAMMA RABAI | Algeria |
| 122 | 176 | AL QURAYSHI, MAJID AYDHA MUHAMMAD | Saudi Arabia |
| 123 | 177 | AL JUTAYLI, FAHD SALIH SULAYMAN | Saudi Arabia |
| 124 | 178 | BAADA, TAREQ ALI ABDULLAH AHMED | Yemen |
| 125 | 179 | AL JUAID, ABDUL RAHMAN OWAID MOHAMMAD | Saudi Arabia |
| 126 | 181 | AL SHIMRI, MAJI AFAS RADHI | Saudi Arabia |
| 127 | 182 | AL JABRI, BANDAR AHMAD MUBARAK | Saudi Arabia |
| 128 | 183 | AL JAYFI, ISSAM HAMID AL BIN ALI | Yemen |
| 129 | 184 | AL OMAIRAH, OTHMAN AHMED OTHMAN | Yemen |
| 130 | 185 | TURKI MASH AWI ZAYID AL ASIRI | Saudi Arabia |
| 131 | 186 | BALKHAIR, RASHED AWAD KHALAF | Saudi Arabia |
| 132 | 187 | MAKRAM, MURTADHA AL SAID | Saudi Arabia |
| 133 | 188 | AL FAYFI, JABIR JUBRAN | Saudi Arabia |
| 134 | 189 | GHEREBY, SALEM ABDUL SALEM | Libya |
| 135 | 190 | AL MISHAD, SHARIF FATI ALI | Egypt |
| 136 | 191 | JAID AL KHATHAMI, SALEH ALI | Saudi Arabia |
| 137 | 192 | ARBAYSH, IBRAHIMJ SULAYMAN MUHAMMAD | Saudi Arabia |
| 138 | 193 | MOQBILL, MUHSIN MUHAMMAD MUSHEEN | Yemen |
| 139 | 194 | MUHAMMAD ABD ALLAH MANSUR AL FUTURI | Libya |
| 140 | 195 | AL SHUMRANI, MOHAMMAD AL RAHMAN | Saudi Arabia |
| 141 | 196 | MUSA BIN ALI BIN SAID AL AMRI | Saudi Arabia |
| 142 | 197 | SHOKURI, YUNIS ABDURRAHMAN | Morocco |
| 143 | 198 | AL ASADI, MOHAMMED AHMED ALI | Yemen |
| 144 | 199 | AL AMRI, ABDUL RAHMAN MA ATH THAFIR | Saudi Arabia |
| 145 | 200 | QAHTANI, SAID MUHAMMAD HUSYAN | Saudi Arabia |
| 146 | 201 | TOURSON, AHMAD | China |
| 147 | 202 | BIN ATEF, MAHMMOUD OMAR MOHAMMED | Yemen |
| 148 | 204 | AL ZAHRANI, SAID IBRAHIM RAMZI | Saudi Arabia |
| 149 | 205 | AMTIRI, NASSER NAJIRI | Kuwait |
| 150 | 206 | ABDEL AZIZ, ABDULLAH MUHAMMED | Saudi Arabia |
| 151 | 207 | ALHABIRI, MISHAL AWAD SAYAF | Saudi Arabia |
| 152 | 208 | SALEHOVE, MAROOF SALEEMOVICH | Tajikistan |
| 153 | 213 | AL HAMEYDANI, KHALID BIN ABDULLAH MISHAL THAMER | Kuwait |
| 154 | 214 | AL KURASH, MUHAMMAD ABD AL RAHMAN | Saudi Arabia |
| 155 | 215 | AL SHARIF, FAHD UMR ABD AL MAJID | Saudi Arabia |
| 156 | 216 | AL KABI, JAMIL ALI | Saudi Arabia |
| 157 | 217 | AL SHAMMERI, ABD AL AZIZ SAYER UWAIN | Kuwait |
| 158 | 218 | AL FOUZAN, FAHD MUHAMMED ABDULLAH | Saudi Arabia |

3

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 159 | 219 | RAZAK, ABDUL | China |
| 160 | 220 | AL AJMI, ABDALLAH SALEH ALI | Kuwait |
| 161 | 221 | SALIH, ALI MOHSEN | Yemen |
| 162 | 222 | AL KUNDUZI, UMAR ABDULLAH | Afghanistan |
| 163 | 223 | SULAYMAN, ABDUL RAHMAN ABDUL ABU GHIYTH | Yemen |
| 164 | 224 | MUHAMMAD, ABD AL RAHMAN ABDULLAH ALI | Yemen |
| 165 | 225 | AL SHULAN, HANI ABDUL MUSLIH | Yemen |
| 166 | 226 | AL NURR, ANWAR | Saudi Arabia |
| 167 | 227 | AL BALUSHI, SALAH ABDUL RASUL ALI ABDUL RAHMAN | Bahrain |
| 168 | 228 | KAMEL, ABDULLAH KAMEL ABUDALLAH | Kuwait |
| 169 | 229 | AL DAIHANI, MOHAMMED FENAITEL MOHAMED | Kuwait |
| 170 | 230 | HUMUD DAKHIL HUMUD SA'ID AL-((JAD'AN | Saudi Arabia |
| 171 | 231 | AL SHARAKH, ABDULHADI ABDALLAH IBRAHIM | Saudi Arabia |
| 172 | 232 | AL AWDA, FOUZI KHALID ABDULLAH | Kuwait |
| 173 | 233 | SALIH, ABDUL AL RAZZAQ MUHAMMAD | Yemen |
| 174 | 234 | AL ZAHARNI, KHALID MOHAMMED | Saudi Arabia |
| 175 | 235 | JARABH, SAEED AHMED MOHAMMED ABDULLAH SAREM | Yemen |
| 176 | 236 | MUSTAFA, KHALED BEN | France |
| 177 | 237 | SOULEIMANI LAALAMI, MOHAMMED | Morocco |
| 178 | 238 | HADJARAB, NABIL | Algeria |
| 179 | 239 | AMI, SHAKIR ABDURAHIM MOHAMED | Saudi Arabia |
| 180 | 240 | AL SHABLI, ABDULLAH YAHIA YOUSF | Saudi Arabia |
| 181 | 242 | QASIM, KHALED | Yemen |
| 182 | 243 | AL UTAYBI, ABDULLAH ALI | Saudi Arabia |
| 183 | 244 | NASIR, ABDUL LATIF | Morocco |
| 184 | 245 | AL SILM HAJI HAJJAJ AWWAD AL HAJJAJI | Saudi Arabia |
| 185 | 246 | AL KHALIFA, SHEIKH SALMAN EBRAHIM MOHAMED ALI | Bahrain |
| 186 | 248 | AL OSHAN, SALEH ABDALL | Saudi Arabia |
| 187 | 249 | AL HAMIRI, MOHAMMED ABDULLAH | Yemen |
| 188 | 250 | ANVAR, HASSAN | China |
| 189 | 251 | BIN SALEM, MUHHAMMAD SAID | Yemen |
| 190 | 252 | BASARDAH, YASIM MUHAMMED | Yemen |
| 191 | 253 | AL ANSARI, FARIS MUSLIM | Afghanistan |
| 192 | 254 | KHENAINA, MUHAMMAD ALI HUSSEIN | Yemen |
| 193 | 255 | HATIM, SAID MUHAMMED SALIH | Yemen |
| 194 | 256 | AL RADAI, RIYAD ATIQ ALI ABDU AL HAJ | Yemen |
| 195 | 257 | ABDULAYEV, OMAR HAMZAYAVICH | Tajikistan |
| 196 | 258 | IBRAHIM, NAYIF ABDALLAH IBRAHIM | Saudi Arabia |
| 197 | 259 | HINTIF, FADIL HUSAYN SALIH | Yemen |
| 198 | 260 | ADIL, AHMED | China |
| 199 | 261 | AL DOSARI, JUMA MOHAMMED ABDUL LATIF | Bahrain |
| 200 | 262 | AL WAFTI, ABDULLAH ABD AL MU'IN | Saudi Arabia |
| 201 | 263 | SULTAN, ASHRAF SALIM ABD AL SALAM | Libya |
| 202 | 264 | AL BADDAH, ABDUL AZIZ ABDUL RAHMAN ABDUL AZIZ | Saudi Arabia |
| 203 | 265 | AL HARBI, TARIQE SHALLAH HASSAN | Saudi Arabia |
| 204 | 266 | ABDALLAH MUHAMMAD SALIH AL GHANIMI | Saudi Arabia |
| 205 | 268 | AL HATAYBI, ABDUL RAHMAN NASHI BADI | Saudi Arabia |
| 206 | 269 | MUHAMMAD HAMID AL QARANI | Chad |
| 207 | 270 | ZEMMORI, MOSA ZI | Belgium |
| 208 | 271 | AL NASIR, IBRAHIM MUHAMMED IBRAHIM | Saudi Arabia |
| 209 | 272 | AL BAHUTH, ZIYAD SALIH MUHAMMAD | Saudi Arabia |
| 210 | 273 | AL NASIR, ABD AL AZIZ MUHAMMAD IBRAHIM | Saudi Arabia |
| 211 | 274 | AL SAMIRI, BADER AL BAKRI | Saudi Arabia |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|     | Short ISN | Name | Citizenship |
| --- | --- | --- | --- |
| 212 | 275 | ABBAS, YUSEF | China |
| 213 | 276 | BASIT, AKHDAR QASEM | China |
| 214 | 277 | MAHNUT, BAHTIYAR | China |
| 215 | 278 | MAMUT, ABDUL HELIL | China |
| 216 | 279 | AYUB, HAJI MOHAMMED | China |
| 217 | 280 | KHALIK, SAIDULLAH | China |
| 218 | 281 | ABDUL RAHMAN, ABDUL GHAPPAR | China |
| 219 | 282 | ABDULGHUPUR, HAJIAKBAR | China |
| 220 | 283 | QASIM, ABU BAKR | China |
| 221 | 284 | AL QADIR, MOHAMMED ABD AL | Algeria |
| 222 | 285 | ABDULQADIRAKHUN, ABDULLAH | China |
| 223 | 286 | JAHDARI, ZIAD SAID FARG | Saudi Arabia |
| 224 | 287 | ALLAITHY, SAMI ABDUL AZIZ SALIM | Egypt |
| 225 | 288 | SAYAB, MUTIJ SADIZ AHMAD | Algeria |
| 226 | 289 | ABDUREHIM, DAWUT | China |
| 227 | 290 | BEL BACHA, AHMED BIN SALEH | Algeria |
| 228 | 292 | FEGHOUL, ABDULLI | Algeria |
| 229 | 293 | ABDULHEHIM, ADEL | China |
| 230 | 295 | ABDULAHAT, EMAM | China |
| 231 | 296 | SEN, MESUT | Belgium |
| 232 | 298 | UYAR, SALIH | Turkey |
| 233 | 299 | RAZA, ABID | Pakistan |
| 234 | 301 | HAFEZ, KHALIL RAHMAN | Pakistan |
| 235 | 306 | ZAEEF, ABDUL SALAM | Afghanistan |
| 236 | 307 | KHANTUMANI, ABD AL NASIR MUHAMMAD ABD AL QADIR | Syria |
| 237 | 308 | AL NUSAYRI, ADIL UQLA HASSAN | Saudi Arabia |
| 238 | 309 | ABD AL SATTAR, MUIEEN A DEEN JAMAL A DEEN ABD AL R | U.A.E. |
| 239 | 310 | AMEZIANE, DJAMEL SAIID ALI | Algeria |
| 240 | 311 | FARHI, SAIID | Algeria |
| 241 | 312 | KHANTUMANI, MUHAMMAD ABD AL NASIR MUHAMMAD | Syria |
| 242 | 317 | DOKHAN, MOAMMAR BADAWI | Syria |
| 243 | 318 | AL TAIBI, RAMI BIN SAID | Saudi Arabia |
| 244 | 319 | SEBAI, MOHAMMED JAYED | Saudi Arabia |
| 245 | 320 | PARHAT, HOZAIFA | China |
| 246 | 321 | SAID KUMAN, AHMED YASLAM | Yemen |
| 247 | 322 | AL BARAKAT, KHALID HASSAN HUSAYN | Saudi Arabia |
| 248 | 324 | AL SABRI, MASHUR ABDALLAH MUQBIL AHMED | Yemen |
| 249 | 326 | AJAM, AHMED ADNAN MUHAMMAD | Syria |
| 250 | 327 | SHAABAN, ALI HUSEIN MUHAMMAD | Syria |
| 251 | 328 | MOHAMED, AHMED | China |
| 252 | 329 | FARAJ, ABD AL HADIO OMAR MAHMOUD | Syria |
| 253 | 330 | MOUHAMMAD, MAASOUM ABDAH | Syria |
| 254 | 331 | AL SHURFA, OHMED AHMED MAHAMOUD | Saudi Arabia |
| 255 | 332 | AL TAYABI, ABDULLAH | Saudi Arabia |
| 256 | 333 | AL HARBI, MOHAMED ATIQ AWAYD | Saudi Arabia |
| 257 | 334 | AL MARRI, JARALLA SALEH MOHAMMED KAHLA | Qatar |
| 258 | 335 | MOHAMMED, KAHLID SAAD | Saudi Arabia |
| 259 | 336 | AL FRIH, MAJED HAMAD | Saudi Arabia |
| 260 | 337 | AL BIDNA, SA AD IBRAHIM SA AD | Saudi Arabia |
| 261 | 338 | WASIM | Saudi Arabia |
| 262 | 339 | AL MORGHI, KHALID ABDALLAH ABDEL RAHMAN | Saudi Arabia |
| 263 | 340 | AL DUBAIKEY, BESSAM MUHAMMED SALEH | Saudi Arabia |
| 264 | 341 | AL FARHA, SAID ALI | Saudi Arabia |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 265 | 342 | AL QURBI, MOHAMMED MUBAREK SALAH | Saudi Arabia |
| 266 | 343 | AL RUSHAYDAN, ABDALLAH IBRAHIM | Saudi Arabia |
| 267 | 344 | QA ID, RASHID ABD AL MUSLIH QA ID AL | Saudi Arabia |
| 268 | 345 | AL HAJJ, SAMI MOHY EL DIN MUHAMMED | Sudan |
| 269 | 346 | SHAYBAN, SAID BEZAN ASHEK | Saudi Arabia |
| 270 | 357 | RAHMAN, ABDUL 4 | Afghanistan |
| 271 | 368 | HAWSAWI, AMRAN BAQUR MOHAMMED | Saudi Arabia |
| 272 | 369 | ALGAZZAR, ADEL FATTOUGH ALI | Egypt |
| 273 | 370 | AL HIZANI, ABD | Saudi Arabia |
| 274 | 372 | SA ID ALI JABIR AL KHATHIM AL SHIHRI | Saudi Arabia |
| 275 | 433 | SADKHAN, JAWAD JABBER | Iraq |
| 276 | 434 | AL SHAMYRI, MUSTAFA ABDUL QAWI ABDUL AZIZ | Yemen |
| 277 | 435 | ABDUL SAID, HASSAN | Iraq |
| 278 | 436 | AL USAYMI, NAYIF FAHD MUTLIQ | Saudi Arabia |
| 279 | 437 | AL NASIR, FAIZAL SAHA | Saudi Arabia |
| 280 | 438 | AL KHALIF, HANI SAIID MOHAMMAD | Saudi Arabia |
| 281 | 439 | AL GHATANI, KHALID MALU SHIA | Saudi Arabia |
| 282 | 440 | BWAZIR, MOHAMMED ALI ABDULLAH | Yemen |
| 283 | 441 | AL ZAHRI, ABD AL RAHMAN | Yemen |
| 284 | 452 | JAMALUDINOVICH, ABU BAKIR | Uzbekistan |
| 285 | 455 | HAMIDULLAH, ALI SHER | Uzbekistan |
| 286 | 457 | GUL, MOHAMMAD | Afghanistan |
| 287 | 458 | SARAJUDDIN, ABIB | Afghanistan |
| 288 | 459 | ZAMAN, GUL | Afghanistan |
| 289 | 460 | ZAMAN, KHAN | Afghanistan |
| 290 | 461 | QYATI, ABDUL RAHMAN UMIR AL | Yemen |
| 291 | 489 | JANKO, ABD AL RAHIM ABDUL RASSAK | Syria |
| 292 | 491 | TURKISTANI, SADIK AHMAD | Saudi Arabia |
| 293 | 493 | BUKHARY, ABDUL HAKIM | Saudi Arabia |
| 294 | 494 | NOORALLAH, HAJI | Afghanistan |
| 295 | 495 | RAFIQ, MOHAMMED | Pakistan |
| 296 | 496 | RAHMAN, FIZAULLA | Afghanistan |
| 297 | 497 | SUBII, NASIR MAZIYAD ABDALLAH AL QURAYSHI AL | Saudi Arabia |
| 298 | 498 | HAIDEL, MOHAMMED AHMED SAID | Yemen |
| 299 | 501 | AL OTAIBI, NAWAF FAHAD | Saudi Arabia |
| 300 | 502 | OURGY, ABDUL BIN MOHAMMED BIN ABESS | Tunisia |
| 301 | 503 | AL ZUBA, SALEH MOHAMED | Yemen |
| 302 | 505 | AL MURI, KHALID RASHD ALI | Saudi Arabia |
| 303 | 506 | AL DHUBY, KHALID MOHAMMED SALIH | Yemen |
| 304 | 507 | AL ANAZI, SULTAN SARI SAYEL | Saudi Arabia |
| 305 | 508 | RABEII, SALMAN YAHYA HASSAN MOHAMMED | Yemen |
| 306 | 509 | KHUSRUF, MOHAMMED NASIR YAHYA | Yemen |
| 307 | 510 | NASSERI, RIYAD BIL MOHAMMMED TAHIR | Tunisia |
| 308 | 511 | AL NAHDI, SULAIMAN AWATH SULAIMAN BIN AGEEL | Yemen |
| 309 | 513 | KHOWLAN, ABDUL RAHMAN MOHAMMED HUSSEIN | Saudi Arabia |
| 310 | 514 | THANI, ABDALLAH FARIS AL UNAZI | Saudi Arabia |
| 311 | 516 | AL HARBI, GHANIM ABDUL RAHMAN | Saudi Arabia |
| 312 | 519 | AL QUWARI, MAHRAR RAFAT | West Bank |
| 313 | 521 | KERIMBAKIEV, ABDULRAHIM | Kazakhstan |
| 314 | 522 | ISMAIL, YASIN QASEM MUHAMMAD | Yemen |
| 315 | 526 | ABAHANOV, YAKUB | Kazakhstan |
| 316 | 527 | DAOUD, MOHAMMAN | Afghanistan |
| 317 | 528 | MAGRUPOV, ABDULLAH TOHTASINOVICH | Kazakhstan |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 318 | 530 | GUL, DAWD | Afghanistan |
| 319 | 532 | SHARIF, MOHAMMED | Afghanistan |
| 320 | 533 | ZUMIRI, HASSAN | Algeria |
| 321 | 535 | AL SAWAH, TARIQ MAHMOUD AHMED | Bosnia |
| 322 | 536 | AL HARBI, MOHAMMED ABDULLAH | Saudi Arabia |
| 323 | 537 | AL ALI, MAHMUD SALEM HORAN MOHAMMED MUTLAK | Syria |
| 324 | 546 | MUHIBULLAH, | Afghanistan |
| 325 | 549 | AL DAYI, OMAR SAID SALIM | Yemen |
| 326 | 550 | ZAID, WALID SAID BIN SAID | Yemen |
| 327 | 551 | AL RABIA, FOUAD MAHOUD HASAN | Kuwait |
| 328 | 552 | AL KANDARI, FAIZ MOHAMMED AHMED | Kuwait |
| 329 | 553 | AL BEDANI, ABDUL KHALED AHMED SAHLEH | Saudi Arabia |
| 330 | 554 | AL SANI, FAHMI SALEM SAID | Yemen |
| 331 | 555 | MUHAMMED, ABDUL MAJID | Iran |
| 332 | 556 | KHAN, ABDULLAH MOHAMMAD | Uzbekistan |
| 333 | 557 | BIN QUMU, ABU SUFIAN IBRAHIM AHMED HAMUDA | Libya |
| 334 | 558 | BEGG, MOAZZAN | U.K. |
| 335 | 560 | MOHAMMED, HAJI WALI | Afghanistan |
| 336 | 561 | MUSLIMDOST, ABDUL RAHIM | Afghanistan |
| 337 | 562 | PEERZAI, QARI HASAN ULLA | Afghanistan |
| 338 | 564 | AWAD, JALAL SALAM AWAD | Yemen |
| 339 | 565 | AL MOUSA, ABDUL HAKIM ABDUL RAHMAN ABDUAZIZ | Saudi Arabia |
| 340 | 566 | QATTAA, MANSOOR MUHAMMED ALI | Saudi Arabia |
| 341 | 567 | BARRE, MOHAMMED SULAYMON | Somalia |
| 342 | 568 | AL ZAMEL, ADEL ZAMEL ABD AL MAHSEN | Kuwait |
| 343 | 569 | AL SHARABI, ZUHAIL ABDO ANAM SAID | Yemen |
| 344 | 570 | AL QURASHI, SABRI MOHAMMED EBRAHIM | Yemen |
| 345 | 571 | AL AZMI, SA AD MADHI SA AD HOWASH | Kuwait |
| 346 | 572 | AL ZABE, SLAH MUHAMED SALIH | Saudi Arabia |
| 347 | 574 | AL WADY, HAMOUD ABDULLAH HAMOUD HASSAN | Yemen |
| 348 | 575 | AZANI, SAAD MASIR MUKBL AL | Yemen |
| 349 | 576 | HAMDOUN, ZAHAR OMAR HAMIS BIN | Yemen |
| 350 | 577 | MAR'I, JAMAL MUHAMMED 'ALAWI | Yemen |
| 351 | 578 | AL SUADI, ABDUL AZIZ ABDULLAH ALI | Yemen |
| 352 | 579 | KHAIRKHWA, KHIRULLAH SAID WALI | Afghanistan |
| 353 | 581 | RAHMAN, SHED ABDUR | Pakistan |
| 354 | 584 | NOORI, ADEL | China |
| 355 | 586 | KHAMSAN, KARAM KHAMIS SAYD | Yemen |
| 356 | 588 | AL TABI, MANA SHAMAN ALLABARDI | Saudi Arabia |
| 357 | 589 | ABDUL WAHAB AL ASMR, KHALID MAHOMOUD | Jordan |
| 358 | 590 | RASHIDI, AHMED | Morocco |
| 359 | 591 | ESMHATULLA, QARI | Afghanistan |
| 360 | 627 | BATARFI, AYMAN SAEED ABDULLAH | Yemen |
| 361 | 631 | WAZIR, PADSHA | Afghanistan |
| 362 | 647 | AL SHAMAREE, ZABAN THAAHER ZABAN | Saudi Arabia |
| 363 | 649 | PATEL, MUSTAQ ALI | France |
| 364 | 650 | AL QAHTANI, JABIR HASAN MUHAMED | Saudi Arabia |
| 365 | 651 | KABIR, USAMA HASSAN AHMED ABU | Jordan |
| 366 | 652 | AL QAHTANI, ABDULLAH HAMID | Saudi Arabia |
| 367 | 653 | AL KARIM, ARKAN MOHAMMAD GHAFIL | Iraq |
| 368 | 654 | AL GHAZZAWI, ABDEL HAMID IBN ABDUSSALEM IBN MIFTA | Libya |
| 369 | 655 | DAD, KHUDAI | Afghanistan |
| 370 | 659 | ABDENOUR, SAMEUR | Algeria |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 371 | 660 | LAGHA, LUFTI BIN SWEI | Tunisia |
| 372 | 661 | HABIB, MAMDOUH IBRAHIM AHMED | Australia |
| 373 | 662 | SULEYMAN, AHMED HASSAN JAMIL | Jordan |
| 374 | 664 | UWAYDAH, RASHID AWAD RASHID AL | Saudi Arabia |
| 375 | 669 | AHMED ZAID SALIM ZUHAIR | Saudi Arabia |
| 376 | 670 | HEKMAT, ABDULLAH | Afghanistan |
| 377 | 672 | ASAM, ZAKIRJAN | Uzbekistan |
| 378 | 675 | KASIMBEKOV, KAMALLUDIN | Uzbekistan |
| 379 | 676 | KURD, MOHAMED ANWAR | Iran |
| 380 | 678 | MAHDI, FAWAZ NAMAN HAMOUD ABDULLAH | Yemen |
| 381 | 679 | TAHAR, MOHMMAD AHMAD ALI | Yemen |
| 382 | 680 | HASSAN, EMAD ABDALLA | Yemen |
| 383 | 681 | HASSEN, MOHAMMED MOHAMMED | Yemen |
| 384 | 682 | GHASSAN ABDALLAH GHAZI AL SHIRBI | Saudi Arabia |
| 385 | 683 | AHMED, FAYAD YAHYA | Yemen |
| 386 | 684 | TAHAMUTTAN, MOHAMMED ABDULLAH | West Bank |
| 387 | 685 | ABDELRAHMAN, ABDELRAZAK ALI | Libya |
| 388 | 686 | HAKIM, ABDEL GHALIB AHMAD | Yemen |
| 389 | 687 | AL NOOFAYAEE, ABDALAZIZ KAREEM SALIM | Saudi Arabia |
| 390 | 688 | AHMED, FAHMI ABDULLAH | Yemen |
| 391 | 689 | SALAM, MOHAMMED AHMED | Yemen |
| 392 | 690 | QADER, Ahmed Abdul | Yemen |
| 393 | 691 | SALEM AL ZARNUKI, MOHAMMED ALI | Yemen |
| 394 | 692 | ALEH, ALI BIN ALI | Yemen |
| 395 | 693 | AHMED, ALI ABDULLAH | Yemen |
| 396 | 694 | BARHOUMI, SUFYIAN | Algeria |
| 397 | 695 | ABU BAKR, OMAR KHALIFA MOHAMMED | Libya |
| 398 | 696 | AL QAHTANI, JABRAN SAID WAZAR | Saudi Arabia |
| 399 | 701 | KIYEMBA, JAMAL ABDULLAH | Uganda |
| 400 | 702 | MINGAZOV, RAVIL | Russia |
| 401 | 703 | LABED, AHMED BIN KADR | Algeria |
| 402 | 704 | ABDALLAH, MUHAMED HUSSEIN | Somalia |
| 403 | 705 | HAMLILY, MUSTAFA AHMED | Algeria |
| 404 | 706 | MOHAMMAD, MOHAMMAD LAMEEN SIDI | Mauritania |
| 405 | 707 | MUHAMMAED, NOOR UTHMAN | Sudan |
| 406 | 708 | ALI BAKUSH, ISMAEL ALI FARAJ | Libya |
| 407 | 709 | ABU AL QUSIN, ABDUL RAUF OMAR MOHAMMED | Libya |
| 408 | 710 | BANI AMIR, SALIM MAHMOUD ADEM MOHAMMED | Sudan |
| 409 | 712 | GADALLAH, HAMMAD ALI AMNO | Sudan |
| 410 | 713 | AL ZAHRANI, MUHAMMED MURDI ISSA | Saudi Arabia |
| 411 | 716 | SALEEM, ALLAH MUHAMMED | Egypt |
| 412 | 717 | BIN HADIDDI, ABDUL HADDI | Tunisia |
| 413 | 718 | BOUCETTA, FETHI | Algeria |
| 414 | 719 | AL HASSAN, MUSTAFA IBRAHIM MUSTAFA | Sudan |
| 415 | 720 | YAKOUB MOHAMMED | Sudan |
| 416 | 721 | OMAR, ABDULLAH BIN | Tunisia |
| 417 | 722 | DIYAB, JIHAD AHMED MUJSTAFA | Lebanon |
| 418 | 727 | DEGHAYES, OMAR AMER | Libya |
| 419 | 728 | NASSIR, JAMIL AHMED SAID | Yemen |
| 420 | 730 | FAUZEE, IBRAHIM | Maldives |
| 421 | 743 | MADNI, HAFEZ QARI MOHAMED SAAD IQBAL | Pakistan |
| 422 | 744 | NAJI, AZIZ ABDUL | Algeria |
| 423 | 753 | ZAHIR, ABDUL | Afghanistan |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 424 | 757 | AZIZ, AHMED OULD ABDEL | Mauritania |
| 425 | 758 | AL NAELY, ABBAS HABID RUMI | Iraq |
| 426 | 760 | SLAHI, MOHAMEDOU OULD | Mauritania |
| 427 | 761 | ZEIDAN, IBRAHIM MAHDY ACHMED | Libya |
| 428 | 762 | OBAIDULLAH | Afghanistan |
| 429 | 766 | KHADR, OMAR AHMED | Canada |
| 430 | 768 | AL DARBI, AHMED MUHAMMED HAZA | Saudi Arabia |
| 431 | 782 | GUL, AWAL | Afghanistan |
| 432 | 783 | ULLAH, SHAMS | Afghanistan |
| 433 | 798 | WAKIL, HAJI SAHIB ROHULLAH | Afghanistan |
| 434 | 801 | MELMA, SABAR LAL | Afghanistan |
| 435 | 812 | SHAH, QALANDAR | Afghanistan |
| 436 | 817 | BELMAR, RICHARD DEAN | U.K. |
| 437 | 826 | SALAAM, ABDUL | Afghanistan |
| 438 | 831 | KADIR, KHANDAN | Afghanistan |
| 439 | 832 | OMARI, MOHAMMAD NABI | Afghanistan |
| 440 | 834 | SHAHEEN NAQEEBYLLAH, SHAHWALI, ZAIR MOHAMMED | Afghanistan |
| 441 | 835 | MOHAMMED, RASOOL SHAHWALI ZAIR MOHAMMED | Afghanistan |
| 442 | 836 | SALEH, AYOUB MURSHID ALI | Yemen |
| 443 | 837 | AL MARWALAH, BASHIR NASIR ALI | Yemen |
| 444 | 838 | BALZUHAIR, SHAWKI AWAD | Yemen |
| 445 | 839 | AL MUDWANI, MUSAB OMAR ALI | Yemen |
| 446 | 840 | AL MAYTHALI, HA IL AZIZ AHMED | Yemen |
| 447 | 841 | NASHIR, SA ID SALIH SA ID | Yemen |
| 448 | 845 | MOHAMMED, AKHTAR | Afghanistan |
| 449 | 848 | ULLAH, AMIN | Afghanistan |
| 450 | 849 | NASIM, MOHAMMED 2 | Afghanistan |
| 451 | 850 | HASHIM, MOHAMMED | Afghanistan |
| 452 | 874 | NASIR, ABDUL | Afghanistan |
| 453 | 886 | NASRULLAH | Afghanistan |
| 454 | 888 | ISMAT ULLAH | Afghanistan |
| 455 | 890 | SANGARYAR, RAHMATULLAH | Afghanistan |
| 456 | 892 | AL HAMI, RAFIQ BIN BASHIR BIN JALUD | Tunisia |
| 457 | 893 | AL BIHANI, TOLFIQ NASSAR AHMED | Saudi Arabia |
| 458 | 894 | RAHMAN, MOHAMMED ABDUL | Tunisia |
| 459 | 899 | KHAN, SHAWALI | Afghanistan |
| 460 | 900 | JAWAD, MOHAMED | Afghanistan |
| 461 | 902 | MOHAMMED, TAJ | Afghanistan |
| 462 | 905 | ELBANNA, ABDUL LATIF | Jordan |
| 463 | 906 | AL RAWI, BISHER AMIN KHALIL | Iraq |
| 464 | 907 | RAHMAN, HABIB | Afghanistan |
| 465 | 909 | KHAN, MOHABET | Afghanistan |
| 466 | 914 | KHAN, SHARDAR | Afghanistan |
| 467 | 919 | ULLAH, FAIZ | Afghanistan |
| 468 | 923 | RAZZAQ, ABDUL | Afghanistan |
| 469 | 928 | GUL, KHI ALI | Afghanistan |
| 470 | 929 | QUDUS, ABDUL | Afghanistan |
| 471 | 933 | KHAN, SWAR | Afghanistan |
| 472 | 934 | GHANI, ABDUL | Afghanistan |
| 473 | 939 | AMEUR, MAMMAR | Algeria |
| 474 | 940 | ADEL HUSSEIN, HASSAN | Sudan |
| 475 | 941 | DIN, JUMA | Afghanistan |
| 476 | 942 | RAZZAK, ABDUL | Afghanistan |

List of detainees who went through complete CSRT process
(All detainees who went through Round 1 of ARB process are also found on this list)

|  | Short ISN | Name | Citizenship |
|---|---|---|---|
| 477 | 943 | GHANI, ABDUL 2 | Afghanistan |
| 478 | 944 | SHARIFULLAH | Afghanistan |
| 479 | 945 | JAN, SAID AMIR | Afghanistan |
| 480 | 948 | KHAN, ANWAR | Afghanistan |
| 481 | 949 | ZAHOR, ABDUL | Afghanistan |
| 482 | 950 | KHAN, ABDULLAH | Afghanistan |
| 483 | 951 | NASIR, ALLAH | Afghanistan |
| 484 | 952 | SHAHZADA, HAJI | Afghanistan |
| 485 | 953 | HAMMDIDULLAH | Afghanistan |
| 486 | 954 | GHAFOUR, ABDUL | Afghanistan |
| 487 | 955 | QUASAM, MOHAMMED | Afghanistan |
| 488 | 956 | AHMAD, ABDUL | Afghanistan |
| 489 | 958 | NASIM, MOHAMMED 3 | Afghanistan |
| 490 | 961 | WAHAB, ABDUL | Afghanistan |
| 491 | 963 | BAGI, ABDUL | Afghanistan |
| 492 | 964 | RAHMATULLAH | Afghanistan |
| 493 | 965 | HAFIZULLAH, | Afghanistan |
| 494 | 966 | BARIDAD | Afghanistan |
| 495 | 967 | NASERULLAH | Afghanistan |
| 496 | 968 | BISMULLAH, HAJI | Afghanistan |
| 497 | 971 | YAR, KUSHKY | Afghanistan |
| 498 | 972 | MOHAMMED, ALIF | Afghanistan |
| 499 | 974 | BULLAR, MOHI | Afghanistan |
| 500 | 975 | KARIM, BOSTAN | Afghanistan |
| 501 | 976 | WAZIR, ABDULLAH | Afghanistan |
| 502 | 977 | NASRAT YAR, HIZTULLAH | Afghanistan |
| 503 | 986 | KANDAHARI, KAKO | Afghanistan |
| 504 | 987 | GHALIB, HAJI | Afghanistan |
| 505 | 1001 | KHAIL, HAFIZULLAH SHABAZ | Afghanistan |
| 506 | 1002 | MATIN, ABDUL | Afghanistan |
| 507 | 1003 | AHMED, SHABIR | Afghanistan |
| 508 | 1004 | YACOUB, MOHAMMED | Afghanistan |
| 509 | 1007 | SADIQI, ABDUL HALIM | Pakistan |
| 510 | 1008 | SOHAIL, MOHAMMED MUSTAFA | Afghanistan |
| 511 | 1009 | KHAN, HAJI NASRAT | Afghanistan |
| 512 | 1010 | SHAH, NAHIR | Afghanistan |
| 513 | 1012 | TUKHI, AMINULLAH BARYALAI | Afghanistan |
| 514 | 1013 | AHMED, FEDA | Afghanistan |
| 515 | 1015 | MOHAMMED, HUSSEIN SALEM | Yemen |
| 516 | 1016 | HUWARI, SOUFIAN ABAR | Algeria |
| 517 | 1017 | AL RAMMAH, OMAR MOHAMMED ALI | Yemen |
| 518 | 1019 | NASIBULLAH | Afghanistan |
| 519 | 1021 | COMMANDER CHAMAN | Afghanistan |
| 520 | 1030 | HAFIZ, ABDUL | Afghanistan |
| 521 | 1032 | GHAFAAR, ABDUL | Afghanistan |
| 522 | 1035 | JAN, SADA | Afghanistan |
| 523 | 1036 | MOHAMMAD, AKHTIAR | Afghanistan |
| 524 | 1037 | NAZARGUL CHAMAN | Afghanistan |
| 525 | 1041 | NOOR, HABIB | Afghanistan |
| 526 | 1043 | RAZAK, ABDUL | Afghanistan |
| 527 | 1045 | KAMIN, MOHAMMED | Afghanistan |
| 528 | 1050 | AZIMULLAH | Afghanistan |
| 529 | 1051 | SHARBAT | Afghanistan |

**List of detainees who went through complete CSRT process**
**(All detainees who went through Round 1 of ARB process are also found on this list)**

| | Short ISN | Name | Citizenship |
|---|---|---|---|
| 530 | 1052 | RAHMAN, MAHBUB | Afghanistan |
| 531 | 1056 | MOHAMMED, SAID | Afghanistan |
| 532 | 1074 | AMAN, MOHAMMED | Afghanistan |
| 533 | 1075 | KAKAI | Afghanistan |
| 534 | 1094 | PARACHA, SAIFULLAH | Pakistan |
| 535 | 1095 | JAN, JUMMA | Tajikistan |
| 536 | 1100 | MUJAHID, ABDULLAH | Afghanistan |
| 537 | 1103 | ZAHIR, MOHOMMAD | Afghanistan |
| 538 | 1104 | RAHIM, MOHAMED | Afghanistan |
| 539 | 1117 | JALIL, MULLAH | Afghanistan |
| 540 | 1119 | HAJI HAMIDULLAH | Afghanistan |
| 541 | 1154 | SAID MOHAMMED ALI SHAH | Afghanistan |
| 542 | 1157 | HUKUMRA KHAN | Afghanistan |
| 543 | 1165 | YAKUBI, MOHAMMED MUSSA | Afghanistan |
| 544 | 1452 | BIN HAMLILI, ADIL HADI AL-JAZA'IRI | Algeria |
| 545 | 1453 | AL-KAZIMI, SANAD ALI YISLAM | Yemen |
| 546 | 1456 | BIN ATTASH, HASSAN MOHAMMED SALIH | Saudi Arabia |
| 547 | 1457 | SHARQAWI, AL HAJJ ABDU ALI | Yemen |
| 548 | 1458 | MOHAMMAD, BINYAM AHMED | Ethiopia |
| 549 | 1460 | RABBANI, ABDUL AL-RAHIM GHULAM | Pakistan |
| 550 | 1461 | RABBANI, MOHAMMED AHMAD GHULAM | Pakistan |
| 551 | 1463 | AL HILAL, ABDUL AL-SALAM | Yemen |
| 552 | 10001 | BELKACEM, BENSAYAH | Algeria |
| 553 | 10002 | LAHMAR, SABIR MAHFOUZ | Algeria |
| 554 | 10003 | NECHLE, MOHAMMED | Algeria |
| 555 | 10004 | AIT IDR, MUSTAFA | Algeria |
| 556 | 10005 | BOUMEDIENE, LAKHDAR | Algeria |
| 557 | 10006 | AL HAJJ, BOUDELLA | Algeria |
| 558 | 10007 | MUBANGA, MARTIN | U.K. |

11