IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAKARIA AL-BAIDANY, et al.,

    Petitioners,

    v.

GEORGE W. BUSH, et al.,

    Respondents.

04-CV-2380 (CKK)

[PROPOSED] ORDER

Having considered Respondents' motion to examine privileged communications (Doc. 41) and Petitioner's Opposition and Motion to Show Cause, it is hereby —

ORDERED, that the Government's motion is DENIED and Petitioner's motion is GRANTED; and it is further

ORDERED, that Respondents shall show cause why they should not be held in contempt and sanctioned for filing a frivolous motion.

_____
United States District Judge