# EXHIBIT A

**Authorization**

Date: May 5 2006

My name is Ahmad Mohammed Hassin Al rammah [أحمد محمد حسين الرمّاح]. I am acting as next friend for my uncle [عمّي], whose name is Omar Mohammed Ali Al ra... [عمر محمد ...], a citizen of _____, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: أحمد محمد حسين الرمّاح

Witnessed by: _____

Print Name: _____