IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY and<br>AHMED MOHAMED HASSIN<br>AL RAMMAH<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | **NOTICE**<br><br>Civil Action No. 05-2380 (CKK) |

In response to the Honorable Judge Gladys Kessler's Order of August 4, 2006, a true and correct copy of which is attached hereto (Exhibit A), counsel for Petitioners hereby notifies the Court that no attorney-client communication has occurred between undersigned counsel and Petitioner Zakaria Al-Baidany at any time, including prior to June 18, 2006, either through written correspondence, in-person conversation or otherwise[1].

Consistent therewith, the Court in this case has not entered the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. Nov. 8, 2004); the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order in *In re Guantanamo Detainee Cases*, No. 02 CV 0299, *et al.* (D.D.C. Dec. 13, 2004); or the Order Addressing Designation Procedures for "Protected Information" in *In re Guantanamo Detainee Cases*, No. 02-CV-0299 *et al.* (D.D.C. Nov. 10, 2004). Accordingly, it has not been possible for undersigned counsel to communicate in any way with Petitioner Zakaria Al-Baidany.

---

[1] Undersigned counsel has received only a general request for legal assistance submitted on behalf of Petitioner Zakaria Al-Baidany, which was not directed to specific counsel.

US_EAST:160053502.1
1-4260

Dated: August 10, 2006.

                    Respectfully submitted,

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    */s/ Panayiota G. Souras*
                    Panayiota G. Souras (pursuant to LCvR 83.2(g)
                    Washington Harbour
                    3050 K Street, N.W., Suite 200
                    Washington, D.C. 20007
                    (202) 339-8400
                    (202) 339-8500 (fax)

                    Counsel for Petitioners