# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Hicks (Sasul) v. Bush** | : | **Civil Action No. 02-299 (CKK)** |
| | : | |
| **Al Odah v. United States** | : | **Civil Action No. 02-828 (CKK)** |
| | : | |
| **Kurnaz v. Bush** | : | **Civil Action No. 04-1135 (ESH)** |
| | : | |
| **O.K. v. Bush** | : | **Civil Action No. 04-1136 (JDB)** |
| | : | |
| **El-Banna v. Bush** | : | **Civil Action No. 04-1144 (RWR)** |
| | : | |
| **Anam v. Bush** | : | **Civil Action No. 04-1194 (HHK)** |
| | : | |
| **Abdah v. Bush** | : | **Civil Action No. 04-1254 (HHK)** |
| | : | |
| **Hamdan v. Bush** | : | **Civil Action No. 04-1519 (JR)** |
| | : | |
| **Paracha v. Bush** | : | **Civil Action No. 04-2022 (PLF)** |
| | : | |
| **Al-Marri v. Bush** | : | **Civil Action No. 04-2035 (GK)** |
| | : | |
| **Zemiri v. Bush** | : | **Civil Action No. 04-2046 (CKK)** |
| | : | |
| **Deghayes v. Bush** | : | **Civil Action No. 04-2215 (RMC)** |
| | : | |
| **Abdullah v. Bush** | : | **Civil Action No. 05-23 (RWR)** |
| | : | |
| **Al-Mohammed v. Bush** | : | **Civil Action No. 05-247 (HHK)** |
| | : | |
| **El-Mashad v. Bush** | : | **Civil Action No. 05-270 (JR)** |
| | : | **(Consolidated with 05-833)** |
| | : | |
| **Al-Adahi v. Bush** | : | **Civil Action No. 05-280 (GK)** |
| | : | |
| **Al-Joudi v. Bush** | : | **Civil Action No. 05-301 (GK)** |
| | : | |
| **Al-Wazan v. Bush** | : | **Civil Action No. 05-329 (PLF)** |
| | : | |
| **Al-Anazi v. Bush** | : | **Civil Action No. 05-345 (JDB)** |
| | : | |
| **Alhami v. Bush** | : | **Civil Action No. 05-359 (GK)** |

|                          |   |                                   |
|--------------------------|---|-----------------------------------|
| **Batarfi v. Bush**      | : | **Civil Action No. 05-409 (EGS)** |
| **Sliti v. Bush**        | : | **Civil Action No. 05-429 (RJL)** |
| **Kabir v. Bush**        | : | **Civil Action No. 05-431 (RJL)** |
| **Al-Shihry v. Bush**    | : | **Civil Action No. 05-490 (PLF)** |
| **Aziz v. Bush**         | : | **Civil Action No. 05-492 (JR)**  |
| **Al-Oshan v. Bush**     | : | **Civil Action No. 05-520 (RMU)** |
| **Al-Sharekh v. Bush**   | : | **Civil Action No. 05-583 (RJL)** |
| **Errachidi v. Bush**    | : | **Civil Action No. 05-640 (EGS)** |
| **Adem v. Bush**         | : | **Civil Action No. 05-723 (RWR)** |
| **Imran v. Bush**        | : | **Civil Action No. 05-764 (CKK)** |
| **Al Habashi v. Bush**   | : | **Civil Action No. 05-765 (EGS)** |
| **Al Hamamy v. Bush**    | : | **Civil Action No. 05-766 (RJL)** |
| **Khiali-Gul v. Bush**   | : | **Civil Action No. 05-877 (JR)**  |
| **Muhibullah v. Bush**   | : | **Civil Action No. 05-884 (RMC)** |
| **Chaman v. Bush**       | : | **Civil Action No. 05-887 (RWR)** |
| **Gul v. Bush**          | : | **Civil Action No. 05-888 (CKK)** |
| **Basardh v. Bush**      | : | **Civil Action No. 05-889 (ESH)** |
| **Sohail v. Bush**       | : | **Civil Action No. 05-993 (RMU)** |
| **Tohirjanovich v. Bush**| : | **Civil Action No. 05-994 (JDB)** |
| **Mangut v. Bush**       | : | **Civil Action No. 05-1008 (JDB)**|
| **Hamad v. Bush**        | : | **Civil Action No. 05-1009 (JDB)**|

| | | |
|---|---|---|
| **Al-Hela v. Bush** | : | **Civil Action No. 05-1048 (RMU)** |
| **Mousovi v. Bush** | : | **Civil Action No. 05-1124 (RMC)** |
| **Zalita v. Bush** | : | **Civil Action No. 05-1220 (RMU)** |
| **Ahmed v. Bush** | : | **Civil Action No. 05-1234 (EGS)** |
| **Aminullah v. Bush** | : | **Civil Action No. 05-1237 (ESH)** |
| **Ghalib v. Bush** | : | **Civil Action No. 05-1238 (CKK)** |
| **Bukhari v. Bush** | : | **Civil Action No. 05-1241 (RMC)** |
| **Al Ginco v. Bush** | : | **Civil Action No. 05-1310 (RJL)** |
| **Saib v. Bush** | : | **Civil Action No. 05-1353 (RMC)** |
| **Hatim v. Bush** | : | **Civil Action No. 05-1429 (RMU)** |
| **Al-Subaiy v. Bush** | : | **Civil Action No. 05-1453 (RMU)** |
| **Sadkham v. Bush** | : | **Civil Action No. 05-1487 (RMC)** |
| **Faizullah v. Bush** | : | **Civil Action No. 05-1489 (RMU)** |
| **Faraj v. Bush** | : | **Civil Action No. 05-1490 (PLF)** |
| **Al Wirghi v. Bush** | : | **Civil Action No. 05-1497 (RCL)** |
| **Kiyemba v. Bush** | : | **Civil Action No. 05-1509 (RMU)** |
| **Idris v. Bush** | : | **Civil Action No. 05-1555 (JR)** **(Consolidated with 05-1725)** |
| **Attash v. Bush** | : | **Civil Action No. 05-1592 (RCL)** |
| **Rabbani v. Bush** | : | **Civil Action No. 05-1607 (RMU)** |
| **Al-Badah v. Bush** | : | **Civil Action No. 05-1641 (CKK)** |
| **Almerfedi v. Bush** | : | **Civil Action No. 05-1645 (PLF)** |

| | | |
|---|---|---|
| **Zaid v. Bush** | : | **Civil Action No. 05-1646 (JDB)** |
| **Al-Bahooth v. Bush** | : | **Civil Action No. 05-1666 (ESH)** |
| **Ali Ahmed v. Bush** | : | **Civil Action No. 05-1678 (GK)** |
| **Kabir (Sadar Doe) v. Bush** | : | **Civil Action No. 05-1704 (JR)** |
| **Al-Rubaish v. Bush** | : | **Civil Action No. 06-1714 (RWR)** |
| **Al-Qahtani v. Bush** | : | **Civil Action No. 05-1971 (RMC)** |
| **Alkhemisi v. Bush** | : | **Civil Action No. 05-1983 (RMU)** |
| **Al-Shabany v. Bush** | : | **Civil Action No. 05-2029 (JDB)** |
| **Al-Mudafari v. Bush** | : | **Civil Action No. 05-2185 (JR)** |
| **Al-Mithali v. Bush** | : | **Civil Action No. 05-2186 (ESH)** |
| **Alhag v. Bush** | : | **Civil Action No. 05-2199 (HHK)** |
| **Al Subaie v. Bush** | : | **Civil Action No. 05-2216 (RCL)** |
| **Ghazy v. Bush** | : | **Civil Action No. 05-2223 (RJL)** |
| **Al-Shimrani v. Bush** | : | **Civil Action No. 05-2249 (RMC)** |
| **Zadran v. Bush** | : | **Civil Action No. 05-2367 (RWR)** |
| **Alsaaei v. Bush** | : | **Civil Action No. 05-2369 (RWR)** |
| **Al Darby v. Bush** | : | **Civil Action No. 05-2371 (RCL)** |
| **Al-Ghizzawi v. Bush** | : | **Civil Action No. 05-2378 (JDB)** |
| **Awad v. Bush** | : | **Civil Action No. 05-2379 (JR)** |
| **Al-Baidany v. Bush** | : | **Civil Action No. 05-2380 (CKK)** |
| **Said v. Bush** | : | **Civil Action No. 05-2384 (RWR)** |
| **Al Halmandy v. Bush** | : | **Civil Action No. 05-2385 (RMU)** |

-4-

| | | |
|---|---|---|
| **Al Salami v. Bush** | : | **Civil Action No. 05-2452 (PLF)** |
| | : | |
| **Al Shareef v. Bush** | : | **Civil Action No. 05-2458 (RWR)** |
| | : | |
| **Al-Harbi v. Bush** | : | **Civil Action No. 05-2479 (HHK)** |

## ORDER

**WHEREAS** Respondents have filed in each of the above-captioned actions a "motion for procedures related to review of certain detainee materials" and the oppositions thereto by some Petitioners have indicated that attorney-client communications may not have been involved, and

**WHEREAS** the Calendar and Case Management Committee of the United States District Court for the District of Columbia recognizes the need to promote the orderly and efficient resolution of these motions, it is this 4th of August, 2006, hereby

**ORDERED** that counsel for each Petitioner shall, by no later than August 15, 2006, file with the Court a Notice that identifies any Petitioner as to whom counsel lacks a good-faith belief that *any* attorney-client communication occurred prior to June 18, 2006 (either through written correspondence or in-person conversation), or any Petitioner as to whom communications with counsel prior to that date were limited to *unprivileged* preliminary correspondence such as a general request for legal assistance by Petitioner not directed to specific counsel or a general introductory letter from counsel containing no substantive information concerning the Petitioner's legal claims; and it is further

**ORDERED** that Respondents shall, by no later than August 15, 2006, file with the Court a Notice that identifies any Petitioner who Respondents believe in good faith had not communicated

-5-

with any counsel (either through written correspondence or in-person conversation) prior to June 18, 2006.

_/s/_ _____
Gladys Kessler, Chair
Calendar and Case Management Committee