UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAKARIA AL-BAIDANY and
ABDEL AZIZ AL-SWIDI,

    Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

    Respondents.

Civil Action No. 05-2380 (CKK)

**ORDER**
(October 4, 2006)

This case was filed on December 12, 2005. While awaiting a relevant ruling from the United States Court of Appeals for the District of Columbia Circuit, this Court will stay the present case, and shall apply the amended protective order issued by Judge Joyce Hens Green in *In re Guantanamo Bay Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004), in the coordinated cases to this action, as supplemented by later orders entered by Judge Green as applied in *Al Odah v. United States*, 02-CV-828 (CKK), on November 10, 2004 [144] and on December 13, 2004 [167]. Furthermore, the Court shall require the Government to be prepared to file factual returns in this case within 30 calendar days of the resolution of the relevant cases on appeal.

Accordingly, it is this 4th day of October, 2006, hereby

    ORDERED that the amended protective order and supplementary orders issued by Judge Green are applied to this case; it is further

    ORDERED that this case is STAYED pending a resolution of the relevant issues by the

Court of Appeals; it is further

      ORDERED that the Government shall file factual returns with respect to Petitioners within 30 calendar days of a ruling on the relevant cases from the Court of Appeals.

                                                        /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge