UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY and ABDEL AZIZ AL-SWIDI,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05–2380 (CKK) |

**ORDER**
(October 4, 2006)

The Court issued an [26] Order on October 4, 2006, staying this case. Petitioner and Respondents having submitted themselves to the jurisdiction of this Court, and the Court having asserted *in personam* jurisdiction, *see Rasul v. Bush*, 542 U.S. 466 (2004), the stay issued by the Court on October 4, 2006, is amended to now include the Court's receipt of notice from Respondents 30 days in advance of any release, repatriation, or rendition that would remove Petitioner from the Court's jurisdiction.[1] This requirement will remain in effect until further order of the Court.

---

[1] Respondents argue that as a result of the Detainee Treatment Act of 2005, signed into law on December 30, 2005, this Court is without jurisdiction "to hear or consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay," *see dkt. entry* [11] at 1–2. However, this disputed issue is currently under consideration by the United States Court of Appeals for the District of Columbia Circuit. *See Khalid v. Bush*, 355 F. Supp. 2d 311 (D.D.C. 2005), *appeal docketed sub nom. Boumediene v. Bush*, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 10, 2005). Until that dispute is resolved, Respondents' argument is premature. *See Adem v. Bush*, Civ. No. 05–723 (RWR), slip op. at 16–17 (D.D.C. Apr. 28, 2006).

Accordingly, it is this 4th day of October, 2006, hereby

ORDERED that Respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioner; it is also

ORDERED that Petitioner's [9] Motion for Preliminary Injunction Enjoining Respondents From Transferring Petitioner Without Advance Notice is unnecessary and DENIED.

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge