IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) |
| | ) |
| *Petitioners*, | ) |
| | ) |
| *v.* | )  Civil Action No. 05-2380 (CKK) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| *Respondents.* | ) |

**CERTIFICATE OF APPEARANCE OF RENE KATHAWALA, ESQ.**
**PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Rene Kathawala, certify that I am a member in good

standing of the **New York State Bar (New York State Bar Number 2806651)** and that I am

representing Petitioners Zakaria Al-Baidany and Abdel Aziz Al-Swidi, both indigent, in this

proceeding without compensation.  I further certify that I am personally familiar with the Local

Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the

jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil

Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of*

*Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar

Voluntary Standards for Civility in Professional Conduct.

US_EAST:160094498.1

Dated:  October 10, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
Rene Kathawala (pursuant to LCvR 83.2(g))
666 Fifth Avenue
New York, New York 10103
(212) 506-5000
(212) 506-5151 (fax)

Counsel for Petitioners