IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) |
| *Petitioners*, | ) |
| v. | ) Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents*. | ) |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF
PANAYIOTA G. SOURAS, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.6(c)**

Pursuant to LCvR 83.6(c), I, Panayiota G. Souras, move this Court for withdrawal of my appearance as counsel for Petitioner Zakaria Al-Baidany. As of October 13, 2006, I will no longer be employed with Orrick, Herrington & Sutcliffe LLP. New counsel has entered a notice of appearance in this matter.

Dated: October 13, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　/s/ Panayiota G. Souras
Panayiota G. Souras (pursuant to LCvR 83.2(g))
3050 K Street, N.W.
Washington, DC  20007
(202) 339-8465
(202) 339-8000 (fax)

Counsel for Petitioners

OHS East:160105919.1
910748-2 TWG/TWG

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Panayiota G. Souras, Esq. Pursuant to Local Civil Rule 83.6(c) was served on this 16th day of October, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

      Preeya M. Noronha, Esquire
      Terry M. Henry, Esquire
      United States Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Avenue, N.W., Room 7144
      Washington, D.C.  20530
      preeya.noronha@usdoj.com

                                            /s/ Panayiota G. Souras