IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKARIA AL-BAIDANY and, ABDEL AZIZ AL-SWIDI | ) ) ) ) | |
| *Petitioners,* | ) ) | |
| *v.* | ) ) | Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.,* | ) ) ) | |
| *Respondents.* | ) ) | |

**CERTIFICATE OF APPEARANCE OF GLENN K. JONES, ESQ.
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Glenn K. Jones, certify that I am a member in good standing of the New York State Bar (New York State Bar Number 3067907) and that I am representing Petitioners Zakaria Al-Baidany and Abdel Aziz Al-Swidi, indigents, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated:  October 26, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Glenn K. Jones (pursuant to LCvR 83.2(g))
666 Fifth Avenue
New York, N.Y. 10103
(212) 506-5087
(212) 506-5151 (fax)

Counsel for Petitioner