IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>*v.* )<br>)<br>GEORGE W. BUSH, *et al.,* )<br>)<br>*Respondents.* )<br>) | Civil Action No. 05-2380 (CKK) |

**CERTIFICATE OF APPEARANCE OF DIANA RUTOWSKI**
**PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

Pursuant to LCvR 83.2(g), I, Diana Rutowski, certify that I am a member in good standing of the California State Bar (California State Bar Number 233878) and that I am representing Petitioners Zakaria Al-Baidany and Abdel Aziz Al-Swidi, both indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

OHS West:260105795.2

Dated: November 27, 2006

                Respectfully submitted,

                ORRICK, HERRINGTON & SUTCLIFFE LLP


                _____/s/_ Diana Rutowski_____
                Diana Rutowski (pursuant to LCvR 83.2(g))
                1000 Marsh Road
                Menlo Park, CA  94025
                (650) 614-7400
                (650) 614-7401 (fax)

                Counsel for Petitioners