IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents.* | ) ) | |

## NOTICE OF FILING AND SUMMARY OF MOTION FOR ORDER TO SHOW CAUSE

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on November 30, 2006, three copies of a Motion for Order to Show Cause Why Respondents Should Not Be Compelled to Produce the Factual Return were delivered to Christine Gunning, Court Security Officer, under seal, for clearance for public filing. The Motion asks the Court for an order requiring Respondents either to produce the factual return or to show cause why they should not be compelled to produce the factual return in the above-captioned case.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: November 30, 2006

                                                    Respectfully submitted,

                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                         /s/ Diana Rutowski
                                                    Diana Rutowski (pursuant to LCvR 83.2(g))

1000 Marsh Road
Menlo Park, CA 94107
(650) 614-7400
(650) 614-7401 (fax)

Glenn K. Jones (pursuant to LCvR 83.2(g))
Rene Kathawala (pursuant to LCvR 83.2(g))
666 Fifth Avenue
New York, N.Y. 10103
(212) 506-5087
(212) 506-5151 (fax)