IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.* | )<br>)<br>)<br>) |
| *Petitioners*, | )<br>) |
| *v.* | ) Civil Action No. 05-2380 (CKK)<br>) |
| GEORGE W. BUSH, *et al.*, | )<br>) |
| *Respondents*. | )<br>) |

**MOTION TO FOR ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE COMPELLED TO PRODUCE THE FACTUAL RETURN**

Petitioner Zakaria Al-Baidany, together with his next friend, Petitioner Ahmed Mohammed Hassin Al Rammah, by and through undersigned counsel, move this Court for an order to show cause why Respondents should not be compelled to produce the factual return, for the reasons set forth in the accompanying Memorandum of Law.

Dated: November 29, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Diana Rutowski (pursuant to LCvR 83.2(g))
1000 Marsh Road
Menlo Park, CA 94107
(650) 614-7400
(650) 614-7401 (fax)

Glenn K. Jones (pursuant to LCvR 83.2(g))
Rene Kathawala (pursuant to LCvR 83.2(g))

1

666 Fifth Avenue
New York, N.Y. 10103
(212) 506-5087
(212) 506-5151 (fax)

Counsel for Petitioners

## LOCAL CIVIL RULE 7(m) STATEMENT

Undersigned counsel spoke via telephone with co-counsel for Respondents, Preeya M. Norohana, to determine whether Respondents would oppose Petitioners' anticipated Motion For Order To Show Cause Why Respondents Should Not Be Compelled To Produce The Factual Return. Ms. Norohana subsequently informed undersigned counsel that Respondents would oppose the motion.

_____
Diana Rutowski
Counsel for Petitioners

3

## CERTIFICATE OF SERVICE

  I, Diana Rutowski, certify that on this 30 day of November, 2006, a true and accurate copy of the foregoing Motion To For Order To Show Cause Why Respondents Should Not Be Compelled To Produce The Factual Return, along with a Memorandum of Law in support thereof and an Order to Show Cause, was served upon the following persons, via the filing of this document with this Court's Electronic Case Filing ("ECF") system:

    Preeya M. Noronha, Esquire
    Terry M. Henry, Esquire
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7226
    Washington, D.C. 20530
    preeya.noronha@usdoj.gov

           _____
           Diana Rutowski