IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2380 (CKK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## ORDER TO SHOW CAUSE

Upon review of the accompanying Memorandum Of Law In Support Of Motion For Order To Show Cause Why Respondents Should Not Be Compelled To Produce The Factual Return, sufficient cause having been shown, it is hereby

ORDERED that Respondents show cause before this Court on December 13, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard, why an Order should not be issued compelling respondents to produce a factual return regarding the detention of Zakaria Al-Baidany, ISN 1017, within 10 business days thereof.

IT IS SO ORDERED.

Signed this ___ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge