IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY and ABDEL AZIZ AL-SWIDI  Petitioners,  v.  GEORGE W. BUSH, *et al.*,  Respondents. | ) ) ) ) ) ) ) ) Civil Action No. 05-2380 (CKK) ) ) ) ) ) |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF BENJAMIN R. JACEWICZ, ESQ., PURSUANT TO LOCAL CIVIL RULE 83.6(c)

Pursuant to Local Civil Rule 83.6(c), I, Benjamin R. Jacewicz, move this Court for withdrawal of my appearance as counsel for Petitioners Zakaria Al-Baidany and Abdel Aziz Al-Swidi. As of December 31, 2006, I will not longer be employed by Orrick, Herrington & Sutcliffe LLP ("Orrick"). Other counsel from Orrick have entered appearances in this action and will continue to represent Petitioner.

Dated: December 11, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
Benjamin R. Jacewicz (DCBN 466743)
Washington Harbour
3050 K Street, N.W., Suite 200
Washington, D.C. 20007
(202) 339-8400
(202) 339-8500 (fax)

Counsel for Petitioners

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Withdrawal of Appearance of Benjamin R. Jacewicz, Esq., Pursuant to Local Civil Rule 83.6(c) was served on this 11th day of December, 2006, by this Court's Electronic Case Filing ("ECF") system upon the following:

> Preeya M. Noronha, Esquire
> Terry M. Henry, Esquire
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530
> preeya.noronha@usdoj.com

/s/
Benjamin R. Jacewicz