IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2380 (CKK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

**NOTICE OF FILING EXECUTED MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT**

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Amended Protective Order) executed by Glenn K. Jones and Diana Rutowski. (Exhibits 1 and 2.)[1] As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has submitted copies of the executed Memorandum of Understanding and Acknowledgement with Christine Gunning, the Court Security Officer, and Preeya Noronha, counsel for the government. (Exhibit 3.)

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being delivered to the Court for filing.

OHS West:260142930.1

Dated: December 18, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/ Diana Rutowski_____
        Diana Rutowski (pursuant to LCvR 83.2(g))
        1000 Marsh Road
        Menlo Park, CA 94107
        (650) 614-7400
        (650) 614-7401 (fax)

        Glenn K. Jones (pursuant to LCvR 83.2(g))
        Rene Kathawala (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, N.Y. 10103
        (212) 506-5087
        (212) 506-5151 (fax)

        Counsel for Petitioners

## CERTIFICATE OF SERVICE

I, Diana Rutowski, certify that on this 18 day of December, 2006, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

>Preeya M. Noronha, Esquire
>Terry M. Henry, Esquire
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>Tel: (202) 514-4107
>Fax: (202) 616-8470

*Counsel for Respondents*

_____
Diana Rutowski

# TAB 1

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| , *et al.*<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United<br>    States, *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

EXHIBIT B

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK), and I agree to comply with the provisions thereof.

_____     12/14/06
                                    Date

_____     _____
                                    Date

2

EXHIBIT C

### ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/14/06        BY: GLENN K. JONES
                           (type or print name)

                       SIGNED: _Glenn K Jones_

# TAB 2

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                              )
, et al.                      )
                              )
        Petitioners,          )
                              )
    v.                        )  Civil Action No.
                              )
GEORGE W. BUSH,               )
    President of the United   )
    States, et al.,           )
                              )
        Respondents.          )
```

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

EXHIBIT B

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK)

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK), and I agree to comply with the provisions thereof.

_____        12/18/06
                                 Date

_____        _____
                                 Date

2

EXHIBIT C

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-2380 (CKK), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 12/18/06   BY: DIANA RUTOWSKI
                      (type or print name)

                  SIGNED: [signature]

**TAB 3**



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

December 18, 2006

Diana Rutowski
(650) 614-7685
drutowski@orrick.com

*VIA FEDERAL EXPRESS*

Ms. Christine E. Gunning
Court Security Officer
United States Department of Justice
20 Massachusetts Ave., NW
Room 5300
CRLSG/LSS
Washington, DC 20530-0001

Re:  Submission of Memoranda of Understanding and Acknowledgements
     (Al-Baidany v. Bush, Civil Action No. 05-2380 (CKK))

Dear Ms Gunning:

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, I enclose copies of the executed Memoranda of Understanding and Acknowledgements executed by Glenn K. Jones and Diana Rutowski. The original executed Memoranda of Understanding and Acknowledgements will be filed with the Court.

Very truly yours,

Diana Rutowski

Enclosures

cc:  Preeya M. Noronha, Esq. (w/encs)

OHS West:260142935.1