IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents.* | ) ) | |

**NOTICE OF FILING AND SUMMARY OF MEMORANDUM OF LAW IN FURTHER
SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on December 19, 2006, three copies of a Memorandum of Law In Further Support of Motion for Order to Show Cause Why Respondents Should Not Be Compelled to Produce the Factual Return were delivered to Christine Gunning, Court Security Officer, under seal, for clearance for public filing. The Memorandum is in further support of Petitioner's motion asking the Court for an order requiring Respondents either to produce the factual return or to show cause why they should not be compelled to produce the factual return in the above-captioned case.

The Memorandum will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

OHS West:260145788.1                     1

Dated: December 19, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _____ /s/ Diana Rutowski____  ___
        Diana Rutowski (pursuant to LCvR 83.2(g))
        1000 Marsh Road
        Menlo Park, CA 94107
        (650) 614-7400
        (650) 614-7401 (fax)

        Glenn K. Jones (pursuant to LCvR 83.2(g))
        Rene Kathawala (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, N.Y. 10103
        (212) 506-5087
        (212) 506-5151 (fax)