IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | Civil Action No. 05-2380 (CKK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

RECEIVED

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF FILING EXECUTED MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Amended Protective Order) executed by Glenn K. Jones and Diana Rutowski. (Exhibits 1 and 2.)[1] As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has submitted copies of the executed Memorandum of Understanding and Acknowledgement with Christine Gunning, the Court Security Officer, and Preeya Noronha, counsel for the government. (Exhibit 3.)

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being delivered to the Court for filing.

OHS West:260142930.1

Dated: December 18, 2006

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        */s/ Diana Rutowski*

        Diana Rutowski (pursuant to LCvR 83.2(g))
        1000 Marsh Road
        Menlo Park, CA 94107
        (650) 614-7400
        (650) 614-7401 (fax)

        Glenn K. Jones (pursuant to LCvR 83.2(g))
        Rene Kathawala (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, N.Y. 10103
        (212) 506-5087
        (212) 506-5151 (fax)

        Counsel for Petitioners

## CERTIFICATE OF SERVICE

I, Diana Rutowski, certify that on this 18 day of December, 2006, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

Preeya M. Noronha, Esquire
Terry M. Henry, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

_____
Diana Rutowski