

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

December 18, 2006

Diana Rutowski
(650) 614-7685
drutowski@orrick.com

*VIA FEDERAL EXPRESS*

Ms. Christine E. Gunning
Court Security Officer
United States Department of Justice
20 Massachusetts Ave., NW
Room 5300
CRLSG/LSS
Washington, DC  20530-0001

Re:   Submission of Memoranda of Understanding and Acknowledgements
      (Al-Baidany v. Bush, Civil Action No. 05-2380 (CKK))

Dear Ms Gunning:

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, I enclose copies of the executed Memoranda of Understanding and Acknowledgements executed by Glenn K. Jones and Diana Rutowski. The original executed Memoranda of Understanding and Acknowledgements will be filed with the Court.

Very truly yours,

Diana Rutowski

Enclosures

cc:   Preeya M. Noronha, Esq. (w/encs)

OHS West:260142935.1