IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) |
| *Petitioner*, | ) |
| v. | ) Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents*. | ) |

## NOTICE OF FILING EXECUTED MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Amended Protective Order) executed by Michael W. Trinh. (Exhibit 1.)[1] As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has sent copies of the executed Memorandum of Understanding and Acknowledgement to Christine Gunning, the Court Security Officer, and Preeya Noronha, counsel for the government. (Exhibit 2.)

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being delivered to the Court for filing.

Dated: April 05, 2007

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _____/s/ Michael W. Trinh_____
        Michael W. Trinh (pursuant to LCvR 83.2(g))
        1000 Marsh Road
        Menlo Park, CA 94025
        (650) 614-7400
        (650) 614-7401 (fax)

        Counsel for Petitioners

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on this 5th day of March, 2007, by this Court's Electronic Case Filing ("ECF") system upon the following:

>Preeya M. Noronha, Esquire
>Terry M. Henry, Esquire
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C.  20530
>preeya.noronha@usdoj.com

>/s/ Michael W. Trinh

OHS West:260209462.1

# EXHIBIT A

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Al-Baidany, et al.,

      Petitioners,

v.

GEORGE W. BUSH,
    President of the United
    States, et al.,

      Respondents.

Civil Action No. 05-2380

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

EXHIBIT B

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _Al-Baidany_ v. George W. Bush, No. 05-2380

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned _Al-Baidany_ v. George W. Bush, No. 05-2380, and I agree to comply with the provisions thereof.

_[signature]_  
Michael W. Trinh

5 April 2007  
Date

5 April 2007  
Date

2

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Bandany v. George W. Bush, No. 05-2380, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 05 April 2007     BY: Michael W. Trinh
                             (type or print name)

                         SIGNED: Michael W Trinh

# EXHIBIT B



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

April 5, 2007

Michael W. Trinh
(650) 614-7321
mtrinh@orrick.com

**VIA FEDERAL EXPRESS**

Christine Gunning
Court Security Officer
United States Department of Justice
Compliance Review & Litigation Security Group
20 Massachusetts Avenue, N.W.,
Room 5300
CRLSG/LSS
Washington, DC 20530-0001

Re:   Submission of Memoranda of Understanding and Acknowledgements
      (<u>Al-Baidany v. Bush</u>, Civil Action No. 05-2380 (CKK))

Dear Ms. Gunning:

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, I enclose copies of the executed Memoranda of Understanding and Acknowledgements executed by Michael W. Trinh. The original executed Memoranda of Understanding and Acknowledgements will be filed with the Court.

Very truly yours,

Michael W. Trinh

Enclosures

cc:   Preeya M. Noronha, Esq. (w/encs)

OHS West:260209468.1