IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ZAKARIA AL-BAIDANY, | ) ) ) | |
| *Petitioner*, | ) ) | |
| v. | ) ) | Civil Action No. 05-2380 (CKK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) ) | |

## NOTICE OF FILING

Pursuant to the Order Supplementing and Amending Filing Procedures contained in the Amended Protective Order, counsel hereby provides notice to the Court that it has on this 3rd day of May, 2007, submitted via hand-delivery a filing under seal to the Court Security Officer in the above-referenced matter. The filing at issue is Opposition To Respondents' Motion To Dismiss, Motion for a Stay-and-Abey Order, and Notice of Intent to File Petitions under the Detainee Treatment Act.

A general description of this filing and the details regarding delivery of this filing to the Court Security Officer is included in Exhibit A.

Dated May 3, 2007.

                    Respectfully submitted,

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    /s/ Glenn K. Jones  
                    Glenn K. Jones (pursuant to LCvR 83.2(g))  
                    Diana Rutowski (pursuant to LCvR 83.2(g))  
                    Rene Kathawala (pursuant to LCvR 83.2(g))  
                    666 Fifth Avenue  
                    New York, N.Y. 10103  
                    (212) 506-5087  
                    (212) 506-5151 (fax)

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on this 3rd day of May, 2007, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C. 20530
        Tel: (202) 514-4107
        Fax: (202) 616-8470

        *Counsel for Respondents*


            /s/ Glenn K. Jones
            Glenn K. Jones

**EXHIBIT A**

On May 3, 2007 at approximately 4:00 p.m., counsel for Petitioner filed Opposition To Respondents' Motion To Dismiss, Motion for a Stay-and-Abey Order, and Notice of Intent to File Petitions under the Detainee Treatment Act.