IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
ZAKARIA AL-BAIDANY, *et al.*,                  )
                                               )
*Petitioners*,                                 )
                                               )
*v.*                                           )
                                               )          Civil Action No. 05-2380 (CKK)
GEORGE W. BUSH, *et al.,*                       )
                                               )
*Respondents.*                                 )
_____)

**CERTIFICATE OF APPEARANCE OF CATHERINE Y. LUI
PURSUANT TO LOCAL CIVIL RULE 83.2(g)**

        Pursuant to LCvR 83.2(g), I, Catherine Y. Lui, certify that I am a member in good

standing of the California State Bar (California State Bar Number 239648) and that I am

representing Petitioners Zakaria Al-Baidany, an indigent, in this proceeding without

compensation.  I further certify that I am personally familiar with the Local Rules of this

Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of

and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules

of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as

adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for

Civility in Professional Conduct.

Dated:  July 2, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Catherine Y. Lui
Catherine Y. Lui (pursuant to LCvR 83.2(g))
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
415-773-5759 (fax)

Counsel for Petitioners

## <u>CERTIFICATE OF SERVICE</u>

I, Catherine Y. Lui, certify that on this 2nd day of July 2008, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

Preeya M. Noronha, Esquire
Terry M. Henry, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

/s/ Catherine Y. Lui
Catherine Y. Lui