IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | Civil Action No. 05-2380 (CKK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## NOTICE OF FILING EXECUTED MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGEMENT

Pursuant to Paragraph 18 of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (the "Amended Protective Order"), undersigned counsel hereby files with the Court the original Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Amended Protective Order) executed by Catherine Y. Lui and Ahmed Ghappour. (Exhibits 1 and 2 to this Notice)[1] As further directed by Paragraph 18 of the Amended Protective Order, undersigned counsel has submitted copies of the executed Memorandum of Understanding and Acknowledgement with Erin Hogarty, the Court Security Officer, and Preeya Noronha, counsel for the government.

---

[1] This Notice is being filed through the Court's Electronic Case Filing system and, in accordance with Paragraph 18 of the Amended Protective Order, the "executed originals" of the Memoranda of Understanding and Acknowledgements are being delivered to the Court for filing.

OHS West:260465504.1

Dated: July 2, 2008

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        _/s/ Catherine Y. Lui_

        Catherine Y. Lui
        The Orrick Building
        405 Howard Street
        San Francisco, CA 94105
        (415) 773-5700
        (415) 773-5759 (fax)

        Ahmed Ghappour
        1000 Marsh Road
        Menlo Park, CA 94025
        (650) 614-7400
        (650) 614-7401

        Glenn K. Jones (pursuant to LCvR 83.2(g))
        Rene Kathawala (pursuant to LCvR 83.2(g))
        666 Fifth Avenue
        New York, N.Y. 10103
        (212) 506-5087
        (212) 506-5151 (fax)

        Counsel for Petitioners

## CERTIFICATE OF SERVICE

I, Catherine Y. Lui, certify that on this 2nd day of July 2008, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

Preeya M. Noronha, Esquire
Terry M. Henry, Esquire
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

_____
Catherine Y. Lui

# EXHIBIT 1

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Al-Bihany, et al.          )
                           )
        Petitioners,       )
                           )
   v.                      ) Civil Action No. 05-2380
                           )
GEORGE W. BUSH,            )
     President of the United )
     States, et al.,       )
                           )
        Respondents.       )

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

EXHIBIT B

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Bedany v. George W. Bush, No. 05-2380.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Al-Bedany v. George W. Bush, No. 05-2380, and I agree to comply with the provisions thereof.

_____    7/2/08
                           Date

Catherine Y. Liu           7/2/08
_____    Date

2

EXHIBIT C

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Bihany v. George W. Bush, No. 05-2380, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 7/2/08        BY: Catherine Y. Lui
                         (type or print name)

                    SIGNED: _____

# EXHIBIT 2

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Al-Bihani, et al.,

        Petitioners,

v.

GEORGE W. BUSH,
    President of the United
    States, et al.,

        Respondents.

Civil Action No. 05-2380

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

EXHIBIT B

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-CV-2380.

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned AL-BAIDANY v. George W. Bush, No. 05-CV-2380, and I agree to comply with the provisions thereof.

_____   7/1/08
AHMED GHAPPOUR                    Date

_____   _____
                                  Date

2

EXHIBIT C

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Badery v. George W. Bush, No. 05-cv-2380, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 7/1/08        BY: AHMED GHAPPOUR
                         (type or print name)

                    SIGNED: _____