IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, detainee, *et al.*, ) <br> ) <br> *Petitioners*, ) <br> ) <br> *v.* ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents.* ) | Civil Action No. 05-2380 (CKK) |

## CERTIFICATE OF APPEARANCE OF AHMED GHAPPOUR, ESQ. PURSUANT TO LOCAL CIVIL RULE 83.2(g)

Pursuant to LCvR 83.2(g), I, Ahmed Ghappour, certify that I am a member in good standing of the California State Bar (California. Bar Number 255723) and that I am representing Petitioner Zakaria Al-Baidany, an indigent, in this proceeding without compensation. I further certify that I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, *Rules of Professional Conduct* as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: July 8, 2008

                Respectfully submitted,

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                ____/s/ Ahmed Ghappour____
                Ahmed Ghappour (pursuant to LCvR 83.2(g))
                1000 Marsh Rd
                Menlo Park, CA 94025
                (650) 289-7176
                (650) 614-7401 (fax)

                Counsel for Petitioner

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Certificate of Appearance of Ahmed Ghappour, Esq. Pursuant to Local Civil Rule 83.2(g) was served on this 8th day of July, 2008, by this Court's Electronic Case Filing ("ECF") system upon the following:

        Preeya M. Noronha, Esquire
        Terry M. Henry, Esquire
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W., Room 7144
        Washington, D.C. 20530
        preeya.noronha@usdoj.com

        _____
        Ahmed Ghappour