CD_ECFNotice@dcd.uscourts.gov

ctivity in Case 1:05-cv-02380-CKK AL-BAIDANY et al v.
BUSH et al Order

l by the CM/ECF system. Please DO NOT
t is unattended.

Judicial Conference of the United States
in a case (including pro se litigants) to
ts filed electronically, if receipt is required
fees apply to all other users. To avoid later
ing this first viewing. However, if the
copy and 30 page limit do not apply.

rict Court

Columbia

08 at 4:10 PM and filed on 7/2/2008
)ANY et al v. BUSH et al
380

the judges of this Court to "transfer
ge's docket to any consenting judge." L.
)08, the United States District Court for
ution of the Executive Session, in which
s, transfer cases filed by the detainees
e Thomas F. Hogan for coordination and
or all other purposes. In the interest of
tion process, the Court will transfer this
d management as reflected in the July 1,
n. Signed by Judge Colleen Kollar-Kotelly

1:05-cv-2380 Notice has been electronically mailed to:

NIXIE    100 DC 1    DO 07/09/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001289999    *2217-01894-03-45

05cv-2380

Glenn K. Jones
666 Fifth Avenue
New York, NY 10103

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS