UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, detainee, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Case No. 1:05-cv-02380 (TFH) |

## NOTICE

Petitioner Zakaria Al-Baidany in the above-captioned case joins in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed September 8, 2008 in Misc. Case No. 08-0442 (TFH).

Dated: September 9, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Catherine Y. Lui
Catherine Y. Lui
405 Howard Street
San Francisco, CA 94105
(415) 773-5700 (Telephone)
(415) 773-5759 (Facsimile)

Of Counsel:

Rene Kathawala
Glenn K. Jones
Diana Rutowski

**CERTIFICATE OF SERVICE**

I, Catherine Y. Lui, certify that on this 9th day of September 2008, I served the foregoing on the counsel listed below by this Court's Electronic Case Filing ("ECF") system.

>Judry L. Subar, Esquire
>Terry M. Henry, Esquire
>Paul E. Ahern, Esquire
>Gregory G. Kastas, Esquire.
>John C. O'Quinn, Esquire.
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>Tel: (202) 514-4107
>Fax: (202) 616-8470
>
>*Counsel for Respondents*

/s/ Catherine Y. Lui
Catherine Y. Lui