IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAKARIA AL-BAIDANY, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action NO. 05-02380 (CKK) |
| vs. ) | |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

Upon consideration of the parties' joint motion for a stay, it is hereby

**ORDERED** that this case shall be stayed.

**IT IS FURTHER ORDERED** that either party may request that the Court lift the stay at any time and on any grounds.

**IT IS FURTHER ORDERED** that the Protective Order in place in this action shall remain in force during the stay.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report sixty (60) days after entry of this Order advising the Court of any change in circumstances.

**SO ORDERED**

Date: Feb. 6, 2009

_____
United States District Judge

4