**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ZAKARIA AL-BAIDANY**,<br><br>Petitioner,<br><br>vs.<br><br>**BARACK OBAMA, *et al.*,**<br><br>Respondents. | Civil Action No. 05-02380 (CKK) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order on June 16, 2009, Petitioner Zakaria al-Baidany (ISN 1017) and the Government hereby respectfully submit this Joint Status Report.

On February 9, 2009, this Court granted the parties' joint motion for a stay based upon President Obama's Executive Order mandating a reassessment of each Guantanamo case and of detention policies at the base. *See* February 9, 2009 Order, Docket No. 143. The parties agreed that it was in their interests to allow the review process to proceed before taking further steps in the present case.

The circumstances of the case remain unchanged. The parties respectfully request, therefore, that the Court continue the stay subject to the same conditions set forth in the initial stay motion, including, *inter alia*, that the Protective Order remain in force. The parties propose filing another joint status report in sixty (60) days to inform the Court of any change of circumstances.

Dated: August 17, 2009

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Diana M. Rutowski*______________

Counsel for Petitioner
Glenn K. Jones
666 Fifth Avenue
New York, NY 10103
(212) 506-5000 (Telephone)
(212) 506-5151 (Facsimile)

Diana M. Rutowski
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 (Telephone)
(650) 614-7401 (Facsimile)

Catherine Y. Lui
405 Howard Street
San Francisco, CA 94105
(415) 773-5700 (Telephone)
(415) 773-5759 (Facsimile)

Of Counsel:

Rene Kathawala

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Stephen M. Elliott*
ANDREW I. WARDEN
TIMOTHY WALTHALL
STEPHEN M. ELLIOTT
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 305-8177

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

The undersigned counsel states that on August 17, 2009, he filed this Joint Status Report via the ECF filing system. The electronic filing system will automatically serve a copy on opposing counsel.

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT