Filed with the Classified
Information Security Officer
CISO _Daniella Medy_
Date 01/23/2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED ALI RAMMAH,  )<br>  )<br>           Petitioner  )<br>     v.  )<br>  )<br>JOSEPH R. BIDEN, in his official capacity  )<br>as President of the United States, *et al.*,  )<br>  )<br>           Respondents.  )<br>  ) | Civil Action No. 05-2380 (CKK)<br><br>*Ex Parte, In Camera*, **SEALED** |

**ORDER**
(January 23, 2023)