UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED ALI RAMMAH, ) ) ) Petitioner ) ) v. ) ) ) JOSEPH R. BIDEN, in his official capacity ) as President of the United States, *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-2380 (CKK) *Ex Parte, In Camera*, **SEALED** Filed with the Classified Information Security Officer CISO _Cammron Mrayse_ Date _4/3/2023_ |

**MEMORANDUM OPINION AND ORDER**
(April **3**, 2023)