UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAKARIA AL-BAIDANY,[1]

    Petitioner,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

    Respondents.

Civil Action No. 05-2380 (CKK)

**ORDER**
(November 8, 2024)

For the reasons stated in the accompanying Classified Memorandum Opinion, the Respondents' *Ex Parte* Motion for Exception from Disclosure, filed via the Court Information Security Officers on November 4, 2024, is **GRANTED**.

It is further **ORDERED** that the Respondents shall complete two levels of classification review of the accompanying Classified Memorandum Opinion: First, no later than 12 p.m. ET on November 15, 2024, the Respondents shall provide the Court with a copy of the Classified Memorandum Opinion that is redacted to the extent necessary to permit its release to Petitioner's cleared counsel. Second, on or before December 2, 2024, the Respondents shall provide the Court with a copy of the Classified Memorandum Opinion that is redacted to the extent necessary to permit its release to the general public.

**SO ORDERED.**

Dated: November 8, 2024

                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge

---

[1] The Court identifies the Petitioner using the name that appears in his original Petition for Writ of Habeas Corpus, ECF No. 2, and in the caption of the pending Motion. The Petitioner is also identified elsewhere in the parties' submissions, including in the captions of some documents, by the name Omar Mohammed Ali al-Rammah.