**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZAKARIA AL-BAIDANY,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Respondents. | Civil Action No. 05-2380 (CKK) |

**ORDER**
(January 8, 2025)

Petitioner Zakaria Al-Baidany filed a Petition for Writ of Habeas Corpus in 2005, seeking release from detention at United States Naval Station Guantanamo Bay in Cuba. *See* Pet. for Writ of Habeas Corpus (Dec. 12, 2005), ECF No. 2. He amended his Petition in 2006. *See* Am. Pet. For Writ of Habeas Corpus (July 18, 2006), ECF No. 18. The Court summarized the parties' arguments about the factual and legal basis for Mr. Al-Baidany's detention at Guantanamo Bay in a recent Memorandum Opinion. *See* Redacted Mem. Op., ECF No. 380.

The Court scheduled a Merits Hearing on Mr. Al-Baidany's Petition, which was set to take place in November 2024. *See* Minute Order (Aug. 9, 2024). At the parties' request, the Court continued the Merits Hearing to April 2025. *See* Minute Order (Nov. 15, 2024).

On January 7, 2025, the Respondents notified the Court that "the United States has relinquished custody of [Mr. Al-Baidany] . . . and transferred him to the custody and control of the Government of the Sultanate of Oman." Notice, ECF No. 382.

Cognizant that "[f]ederal courts lack jurisdiction to decide moot cases," the Court must consider whether Mr. Al-Baidany's transfer renders this case moot and requires dismissal of his Petition without prejudice. *See Ameziane v. Obama*, 699 F.3d 488, 492 (D.C. Cir. 2012); *Gul v.*

1

*Obama*, 652 F.3d 12, 16–17, 22 (D.C. Cir. 2011); *see also Powell v. McCormack*, 395 U.S. 486, 496 (1969) ("[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome.").

Accordingly, the Court **ORDERS** that in their next joint status report, the parties shall advise the Court of their positions on whether this case is now moot and, if necessary, propose a schedule for further briefing. As previously ordered, the parties shall file their next joint status report on or before **January 31, 2025**. *See* Minute Order (Nov. 15, 2024).

**SO ORDERED.**

Dated: January 8, 2025

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge